# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN•
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS•
ROBERT W. LO SCHIAVO•
ELIZABETH SMITH •▲¹
MATTHEW E. HEARLE
─────
J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
STEPHEN BORDANARO
DANIEL J. SLATZ
AUBREY E. RICCARDI•
GIL NAHMIAS
GERALD BUKARY
RANDI K. STEMPLER¹
DOROTHY A. GALVIN¹
DOV BRANDSTATTER
MATTHEW J. LAMBERT
ELI RAIDER
SERGIO J. TUERO•
CHRISTOPHER R. CLARKE
J T HUTCHENS
ANNYROSE PAHL

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

MARK E. KAUFMAN
DAVID GALANTER
LEWIS KUPER
BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

• ALSO MEMBER OF NEW JERSEY BAR
• ALSO MEMBER OF TEXAS BAR
¹ ALSO MEMBER OF MASSACHUSETTS BAR

J. Ted Donovan, Esq.
Direct Phone : (212) 301-6943
TDonovan@GWFGLaw.com

March 18, 2011

Via ECF filing
Hon. Shelley C. Chapman
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: Sonja Tremont-Morgan
  Case No. 10-16132
  STAM LLC
  Case No. 11-10090

Dear Judge Chapman:

      I am writing to advise of an unavoidable delay in submission of papers, which we expect to file on Monday, March 21, 2001.

      A hearing is scheduled for Tuesday, March 22, 2011 at 11:00 a.m. on the motion of Hannibal Pictures, Inc. to dismiss both of the above referenced related cases, or in the alternative for the appointment of a Chapter 11 trustee, as well as the motions of the debtors for joint administration of the cases.

      As counsel for the debtors we have been working on reply papers to Hannibal's motion, and a response to objection filed by Hannibal to the motions of the debtors. We have been delayed in completing our papers because for the past two weeks Ms. Morgan has been actively engaged in a mediation and then an arbitration in California on her malpractice claims against the attorneys who represented her in the litigation with Hannibal. Accordingly, she has not been available to assist in the preparation of the papers.

We do intend to file papers with respect to both motions, and anticipate putting them on the Court's ECF system and serving them on counsel for Hannibal on Monday. We apologize for the delay, and we will work out any accommodation which may be needed with Hannibal's counsel, who has been more than accommodating himself.

Respectfully yours

J. Ted Donovan

Cc: Robert N. Michaelson, Esq.