# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF _____

In re Sonja Morgan (Stun LLC)　　　　　　　　　Case No. 10-16132
　　　Debtor　　　　　　　　　　　　　　　　　Reporting Period: 07/01/11 - 07/31/11

　　　　　　　　　　　　　　　　　　　　　　　Social Security # 　　0561
　　　　　　　　　　　　　　　　　　　　　　　(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor　_____　　　　　Date 9/23/11

Signature of Joint Debtor　_____　　　Date _____

In re Sonja Morgan  
Debtor  

Case No. 10-16132  
Reporting Period: 07/01/11 - 07/31/11

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date |
|---|---:|---:|
| Cash - Beginning of Month | 1,254,294.33 | 1,692,169.50 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | 248.08 | 2,040.66 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | 108,998.01 | 195,306.38 |
| **Total Receipts** | 109,246.09 | 197,347.04 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | 140,647.96 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | 6,336.25 |
| Insurance | | 6,660.34 |
| Auto Expense | | 2,025.00 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 5,097.14 |
| Medical Expenses | | 2,783.24 |
| Food, Clothing, Hygiene | 208.48 | 21,515.21 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | 20,549.19 |
| Taxes - Personal Property | | 835.00 |
| Taxes - Other *(attach schedule)* | | 251.25 |
| Travel and Entertainment | 39.78 | 11,407.44 |
| Gifts | | 500.00 |
| Other *(attach schedule)* | | 65,161.94 |
| **Total Ordinary Disbursements** | 248.26 | 283,769.96 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | 234,103.73 |
| U. S. Trustee Fees | | 5,850.69 |
| Other Reorganization Expenses *(attach schedule)* | | 2,500.00 |
| **Total Reorganization Items** | 0.00 | 242,454.42 |
| **Total Disbursements** *(Ordinary + Reorganization)* | 248.26 | 526,224.38 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | 108,997.83 | (328,877.34) |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 1,363,292.16 | 1,363,292.16 |

In re Sonja Morgan　　　　　　　　　　　　　　　Case No. 10-16132
　　　Debtor　　　　　　　　　　　　　　　　　Reporting Period: 07/01/11 - 07/31/11

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Other Income** | | |
| Income for services - filming | | 83,713.36 |
| Transfer of funds to open up the DIP account | | 2,501.40 |
| Transfer from Chase # 739346865 | | 93.61 |
| Transfer from Chase # 920035565 | 108,998.01 | 108,998.01 |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| AMEX Blue Credit Card Payment | | 4,650.86 |
| AMEX Credit Card Payment | | 11,252.00 |
| Tuition payment | | 38,000.00 |
| Chase Cardmember Service | | 2,651.19 |
| Furniture | | 3,244.54 |
| Business Expense (Bravo) | | 3,889.35 |
| Payment to Bankruptcy Court | | 650.00 |
| Violin Lesson | | 450.00 |
| Reimburse for babysitter's Travel Expenses | | 374.00 |
| **Other Reorganization Expenses** | | |
| Transfer to Debtor in Possession account | | 2,500.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | 248.26 |
|---|---:|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 248.26 |

In re Sonja Morgan  
    Debtor

Case No. 10-16132  
Reporting Period: 07/01/11 - 07/31/11

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | STAM, LLC Checking # 10505576 | STAM, LLC Money Market # 10505568 | STAM, LLC Chase # 40015826 | STAM, LLC -DIP Chase # 920034717 |
|---|---|---|---|---|
| BALANCE PER BOOKS | 892,655.73 | 253,437.71 | 0.00 | 5,141.01 |
| BANK BALANCE | 892,759.79 | 253,437.71 | 0.00 | 5,141.01 |
| (-) OUTSTANDING CHECKS (ATTACH LIST): | (104.06) |  |  |  |
| OTHER (ATTACH EXPLANATION) |  |  |  |  |
| ADJUSTED BANK BALANCE * | 892,655.73 | 253,437.71 | 0.00 | 5,141.01 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |

**OTHER**

In re Sonja Morgan  
    Debtor

Case No. 10-16132  
Reporting Period: 07/01/11 - 07/31/11

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | STAM, LLC<br>Bus Select HY Sav.<br># 2992826327 |  |  |  |
|---|---|---|---|---|
| BALANCE PER BOOKS | 212,057.71 |  |  |  |
| BANK BALANCE | 212,057.71 |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: |  |  |  |  |
| OTHER *(ATTACH EXPLANATION)* |  |  |  |  |
| ADJUSTED BANK BALANCE * | 212,057.71 |  |  |  |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

In re Sonja Morgan  
Debtor  

Case No. 10-16132  
Reporting Period: 07/01/11 - 07/31/11  

## DISBURSEMENT JOURNAL
### First State Bank a/c #10505576
#### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 7/8/2011 | PQ Lexington Inc QPS NY | Travel | 28.08 |
| 7/8/2011 | City Market Café | Food | 8.98 |
| 7/11/2011 | NYC Taxi | Travel | 11.70 |
| 7/15/2011 | Agra Restaurant NY | Food | 36.20 |
| 7/21/2011 | J Crew | Clothing | 163.30 |
| | Total Cash Disbursements | | 248.26 |

#### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| | Total Bank Account Disbursements | | 0.00 | |

| | | |
|---|---|---|
| | Total Disbursements for the Month | 248.26 |

In re Sonja Morgan  
    Debtor

Case No. 10-16132  
Reporting Period: 07/01/11 - 07/31/11

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 Are any post petition State or Federal income taxes past due? | | X |
| 7 Are any post petition real estate taxes past due? | | X |
| 8 Are any other post petition taxes past due? | | X |
| 9 Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 Are any amounts owed to post petition creditors delinquent? | | X |
| 11 Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

| | | Stam, LLC Checking 10505576 | Stam, LLC MM 10505568 | Stam, LLC Chase 40015826 | Stam, LLC-DIP Chase 920034717 | Stam, LLC Chase #6327 | Total |
|---|---|---|---|---|---|---|---|
| Sonja Morgan | | | | | | | |
| Per Bank | Bal @ 11/01/10 | 1,368,041.44 | 251,421.47 | 72,706.59 | | | 1,692,169.50 |
| Per Bank | Bal @ 12/31/10 | 1,279,666.94 | 251,900.71 | 132,235.90 | | | 1,663,803.55 |
| | | (1,871.44) | | | | | |
| Per Book | Bal @ 12/31/10 | 1,277,795.50 | 251,900.71 | 132,235.90 | | | 1,661,932.11 |
| Per Bank | Bal @ 01/31/11 | 1,120,113.46 | 252,134.60 | 114,615.97 | | | 1,486,864.03 |
| | | (2,726.99) | | | | | |
| Per Book | Bal @ 01/31/11 | 1,117,386.47 | 252,134.60 | 114,615.97 | | | 1,484,137.04 |
| Per Bank | Bal @ 02/28/11 | 1,089,497.59 | 252,335.75 | 106,568.10 | | | 1,448,401.44 |
| | | (189.06) | | | | | |
| Per Book | Bal @ 02/28/11 | 1,089,308.53 | 252,335.75 | 106,568.10 | | | 1,448,212.38 |
| Per Bank | Bal @ 03/31/11 | 983,150.99 | 252,558.63 | 102,941.67 | | | 1,338,651.29 |
| | | (38,104.06) | | | | | |
| Per Book | Bal @ 03/31/11 | 945,046.93 | 252,558.63 | 102,941.67 | | | 1,300,547.23 |
| Per Bank | Bal @ 04/30/11 | 924,591.00 | 252,774.52 | 102,941.67 | | | 1,280,307.19 |
| | | (104.06) | | | | | |
| Per Book | Bal @ 04/30/11 | 924,486.94 | 252,774.52 | 102,941.67 | | | 1,280,203.13 |
| Per Bank | Bal @ 05/31/11 | 899,815.01 | 252,997.79 | 102,941.67 | 2,501.40 | | 1,258,255.87 |
| | | (104.06) | | | | | |
| Per Book | Bal @ 05/31/11 | 899,710.95 | 252,997.79 | 102,941.67 | 2,501.40 | | 1,258,151.81 |
| Per Bank | Bal @ 06/30/11 | 893,008.05 | 253,214.05 | 0.00 | 5,141.01 | 0.00 | 1,151,363.11 |
| | | (104.06) | | | | 103,035.28 | |
| Per Book | Bal @ 06/30/11 | 892,903.99 | 253,214.05 | 0.00 | 5,141.01 | 103,035.28 | 1,254,294.33 |
| Per Bank | Bal @ 07/31/11 | 892,759.79 | 253,437.71 | 0.00 | 5,141.01 | 212,057.71 | 1,363,396.22 |
| | | (104.06) | | | | | |
| Per Book | Bal @ 07/31/11 | 892,655.73 | 253,437.71 | 0.00 | 5,141.01 | 212,057.71 | 1,363,292.16 |

Sonja Morgan
Summary of Expenses for the month of July, 2011

| Date | Payee | Purpose | Amount | Sub-total |
|---|---|---|---|---|
| 7/21/2011 | J Crew | Clothing | 163.30 | |
| 7/8/2011 | City Market Café | Food | 8.98 | |
| 7/15/2011 | Agra Restaurant NY | Food | 36.20 | 208.48 |
| 7/8/2011 | PQ Lexington Inc QPS NY | Travel | 28.08 | |
| 7/11/2011 | NYC Taxi | Travel | 11.70 | 39.78 |
| | | | 248.26 | 248.26 |