Presentment Date: December 4, 2013 at 12:00 pm
        Objections Due: December 3, 2013 at 4:30 pm

**GAZES LLC**
**Attorneys for Ian J. Gazes, Chapter 11 Trustee**
**151 Hudson Street**
**New York, New York 10013**
**(212) 765-9000**
**Ian J. Gazes, Esq.**
**David Dinoso, Esq.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                          :
                                          :   Chapter 11
SONJA TREMONT-MORGAN, *et al.*,        :
                                          :   Case No. 10-16132 (SCC)
                                          :
                  Debtors.              :   (Substantively Consolidated)
                                          :
-------------------------------------------------------x

## NOTICE OF PRESENTMENT OF ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE'S RETENTION OF THE BELLEVUE IMMOBILIER FIRM AS REAL ESTATE BROKERS

       PLEASE TAKE NOTICE that the undersigned will present the annexed Order Authorizing the Trustee's Retention of Bellevue Immobilier as real estate brokers (the "Proposed Order"), for signature to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in her chambers at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on Decmeber 4, 2013.

       PLEASE TAKE FURTHER NOTICE that objections ("Objection"), if any, to the entry of the annexed Proposed Order, shall be in writing, in compliance with Title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York and the chambers rules of the presiding judge, and shall set forth the name of the objectant and the legal and factual basis of the

objection, and shall be filed with the Clerk of the United States Bankruptcy Court by the filing of both a hard copy and a copy on diskette at the above address, or electronically filed with the court at www.nysb.uscourts.gov, with a courtesy copy delivered to the chambers of the Honorable Shelley C. Chapman, and served so as to be received in hand by Ian J. Gazes, Esq., Gazes LLC, 151 Hudson Street, New York, New York, 10013 and the Office of the United States Trustee, Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Serene Nakano, Esq., not later than December 3, 2013 at 4:30 p.m. If objections, with proof of service, are not made in accordance with this notice and timely filed and served with a request for a hearing, the Proposed Order will be presented for signature and may be signed on the Presentment Date without any further notice or hearing. In the event you serve and file an objection as explained in this notice and the Court determines a hearing is required you will be notified of the date and time at which your appearance is required.

Dated: November 19, 2013
      New York, New York

                                          GAZES LLC

                                          By: /s/ Ian J. Gazes
                                          Ian J. Gazes
                                          151 Hudson Street
                                          New York, New York 10013
                                          Tel: (212) 765-9000
                                          Fax: (212)765-9675