**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| SONJA TREMONT-MORGAN, *et al.*[1], | : | |
| | : | Case No. 10-16132 (SCC) |
| | : | |
| Debtors. | : | (Substantively Consolidated) |
| | : | (Jointly Administered) |

------------------------------------------------------x

### ORDER AUTHORIZING THE CHAPTER 11 TRUSTEE TO RETAIN THE BELLEVUE IMMOBILIER FIRM AS REAL ESTATE BROKERS

**UPON** the Application[2], dated November 14, 2013, of Ian J. Gazes, Chapter 11 Trustee (the "Trustee") of the substantively consolidated estates of Sonja Tremont-Morgan ("STM") and STAM LLC ("STAM") and the jointly administered estate of Civil Building Company STAM ("CBCS" and with STM and STAM, the "Debtors"), for an order authorizing the Trustee to retain and employ the Bellevue Immobilier Firm (the "Firm") as real estate brokers to perform real estate brokerage services in connection with the Trustee's sale and marketing of the French Property; and upon the August 3, 2013 affirmation of Dominique Andre, a partner with the Firm; and it appearing that the Firm does not hold or represent any interest adverse to the estates in the matters upon which the Firm is to be engaged; and that the Firm is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code; and that the employment of the Firm would be in the best interests of the Debtors' estates; and due deliberation having been had thereon; and no further notice hereof being required; it is hereby

**ORDERED**, that pursuant to Bankruptcy Code § 327(a), Rule 2014 of the Federal

---

[1] The cases of debtors Sonia Tremont-Morgan (Case No. 10-16132-scc) and STAM LLC (11-10090-scc) were substantively consolidated by order of the Court dated June 15, 2011. Thereafter, the Court entered an order dated June 27, 2013 directing that the case of debtor Civil Building Company STAM (Case No. 12-11829-scc) be jointly administered with aforementioned substantively consolidated cases.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to such terms in the application of the chapter 11 trustee to retain the Firm dated November 14, 2013.

1

Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2014-l, the Trustee is authorized to retain and employ the Firm on the terms and conditions set forth in the Application, Contract and associated Addendum, including the payment of a commission of five percent (5%) of the gross sale price (VAT included) of the French Property; and it is further

**ORDERED**, that, notwithstanding any provision to the contrary in the Contract and Addendum, the Firm shall file an application for payment of its commission to this Court pursuant to Bankruptcy Code §§ 330 and 331, with such requests denominated in U.S. dollars, and in accordance with the Bankruptcy Rules, the local rules of this Court and the United States Trustee guidelines; and it is further

**ORDERED**, that in the event of any inconsistency between the provisions of this Order and the Application, Contract, and/or Addendum, the terms of this Order shall govern; and it is further

**ORDERED**, that any and all claims or causes of action or disputes under this Order, the Contract, and/or the Addendum shall be subject to the exclusive jurisdiction of the United States Bankruptcy Court for the Southern District of New York

Dated: New York, New York
             _____, 2013

                                                     _____
                                                     Honorable Shelley C. Chapman
                                                     United States Bankruptcy Judge

NO OBJECTION:
Office of the United States Trustee
Dated: November 15, 2013


By: \_\_\_*/s/ Serene Nakano*_____
    Serene Nakano, Trial Attorney