# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
## New York Division

IN RE:
**Sonja Tremont-Morgan**
        DEBTOR

CASE NUMBER:  **10-16132-SCC**
JUDGE:  **Shelley C. Chapman**
FEI NUMBER: **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**
IN PROCEEDINGS UNDER CHAPTER 11

# TRUSTEE'S PERIODIC FINANCIAL REPORT
## For The Period
## From:  December 01, 2013    To:  December 31, 2013

Comes now the Trustee for the above-named Debtor and files its Periodic Financial Reports
in accordance with the guidelines established by the United States Trustee and FRBP 2015.


/s/ Ian J. Gazes     01/14/14

**Ian J. Gazes**                                        **Date**
**Chapter 11 Bankruptcy Trustee**
**151 Hudson St.**
**New York, NY 10013**

**212-765-9000**

## PERIODIC CASH FLOW REPORT

For period beginning: **December 01, 2013**
And ending: **December 31, 2013**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

| | | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 1. | CASH BALANCE AT BEGINNING OF PERIOD | **$1,360,163.95** | **$1,840.67** |
| 2. | CASH RECEIPTS | | |
| A | Cash Sales | **$0.00** | **$0.00** |
| B | Collections On Postpetition Accounts Receivable | **$0.00** | **$0.00** |
| C | Collections On Prepetition Accounts Receivable | **$0.00** | **$0.00** |
| D | OTHER RECEIPTS | | |
| 01 | Transfers In From Other Accounts | **$21,109.05** | **$1,320,818.48** |
| 02 | Sale Of Fixed Assets | **$0.00** | **$0.00** |
| 03 | Interest Payments Received | **$0.35** | **$3.29** |
| 04 | Prepetition Checks Voided After Filing | **$0.00** | **$0.00** |
| 05 | Bank Accounts Not Previously Reported | **$0.00** | **$0.00** |
| 06 | Wages (Net) (Contra) | **$0.00** | **$599,237.96** |
| 07 | Interest and Dividend Income (Contra) | **$0.00** | **$6.56** |
| 08 | Alimony and Child Support (Contra) | **$0.00** | **$404,169.00** |
| 09 | Other Income (Contra) | **$0.00** | **$629,503.69** |
| 10 | Transfer from Stam LLC (Contra) | **$0.00** | **$1,202,703.69** |
| E | Contra Receipts | | |
| 01 | Transfers Out To Other Accounts (Contra) | **($11,109.05)** | **($1,292,048.96)** |
| 02 | Returned Deposits (Contra) | **$0.00** | **$0.00** |
| 03 | Cash Refunds (Contra) | **$0.00** | **$0.00** |
| 3. | TOTAL RECEIPTS (Sum of all line 2 entries) | **$10,000.35** | **$2,864,393.71** |
| 4. | TOTAL CASH AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | **$1,370,164.30** | **$2,866,234.38** |

## PERIODIC CASH FLOW REPORT

For period beginning: **December 01, 2013**
And ending: **December 31, 2013**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

|   |   |   | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| 5. | | DISBURSEMENTS | | |
| | A | U.S. Trustee Quarterly Fees | $0.00 | $20,475.54 |
| | B | Net Payroll | $0.00 | $0.00 |
| | C | Payroll Taxes  Paid | $0.00 | $0.00 |
| | D | Sales and Use Taxes | $0.00 | $0.00 |
| | E | Other Taxes/Licenses | $0.00 | $3,300.00 |
| | F | Rent | $0.00 | $0.00 |
| | G | Other Leases | $0.00 | $0.00 |
| | H | Telephone/Beepers | $450.42 | $6,151.44 |
| | I | Utilities | $2,029.15 | $45,509.23 |
| | J | Travel & Entertainment | $461.20 | $43,843.80 |
| | K | Vehicle Expenses | $101.60 | $28,383.40 |
| | L | Office Supplies & Expenses | $256.49 | $5,340.31 |
| | M | Advertising | $75.00 | $749.90 |
| | N | Insurance | $1,381.96 | $87,019.09 |
| | O | Purchases Of Fixed Assets | $0.00 | $0.00 |
| | P | Purchases Of Inventory | $0.00 | $0.00 |
| | Q | Supplies | $0.00 | $0.00 |
| | R | Repairs & Maintenance | $2,658.76 | $131,749.24 |
| | S | Payments To Secured Creditors | $0.00 | $0.00 |
| | T | OTHER OPERATING EXPENSES | | |
| | | 01 Bank Charges | $860.93 | $5,078.74 |
| | | 02 Trustee Surety | $0.00 | $0.00 |
| | | 03 Freight | $0.00 | $0.00 |
| | | 04 Mortgage Payment(s) | $0.00 | $211,582.41 |
| | | 05 Medical Expenses | $2,363.45 | $29,936.35 |
| | | 06 Food, Clothing, Hygiene | $4,691.28 | $109,279.34 |
| | | 07 Charitable Contributions | $1,000.00 | $3,300.00 |
| | | 08 Taxes - Real Estate | $12,338.93 | $123,325.58 |
| | | 09 Taxes - Personal Property | $0.00 | $624.87 |
| | | 10 Taxes - Other | $0.00 | $1,719.82 |
| | | 11 Gifts | $1,537.93 | $2,195.47 |
| | | 12 Other | $0.00 | $408,469.52 |
| | | 13 Professional Fees | $0.00 | $155,150.90 |
| | | 14 Other Reorganization Expenses | $0.00 | ($2,500.00) |

## PERIODIC CASH FLOW REPORT

For period beginning:  **December 01, 2013**
And ending:  **December 31, 2013**

Name of debtor:  **Sonja Tremont-Morgan**
Date of filing:  **November 17, 2010**
Case number:  **10-16132-SCC**

|  |  | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 5. | DISBURSEMENTS | | |
| 15 | Child Expense | **$2,694.67** | **$54,867.93** |
| 16 | Cash Withdrawal by Debtor | **$11,503.00** | **$51,076.86** |
| 17 | Membership Fees | **$185.00** | **$1,694.97** |
| 18 | Pet Expense | **$672.67** | **$1,002.36** |
| 19 | Subcontractors | **$0.00** | **$755.45** |
| 20 | Bond Premium | **$0.00** | **$9,750.00** |
| 21 | Asset Acquisition | **$0.00** | **$1,500.00** |
| 6. | TOTAL DISBURSEMENTS (Sum of all line 5 entries) | **$45,262.44** | **$1,541,332.52** |
| 7. | CASH BALANCE AT END OF PERIOD (Line 4 - Line 6) | **$1,324,901.86** | **$1,324,901.86** |
|  | NET CHANGE IN CASH (Line 7 - Line 1) | **($35,262.09)** | **$1,323,061.19** |

## BANK ACCOUNT SUMMARY

For period beginning:    **December 01, 2013**
And ending:              **December 31, 2013**

Name of debtor:          **Sonja Tremont-Morgan**
Date of filing:          **November 17, 2010**
Case number:             **10-16132-SCC**

| | | |
|---|---|---:|
| Attachment 4A | **DIP** | **$55,672.33** |
| Attachment 4B | **Monogram Insured MMA** | **$1,756.91** |
| Attachment 4C | **CitiCard** | **($6,859.80)** |
| Attachment 4D | **CitiCard** | **($14,737.59)** |
| Attachment 4E | **Checking Account** | **$1,289,070.01** |
| | | **$1,324,901.86** |

I declare under penalty of perjury that this statement and the accompanying documents
and reports are true and correct to the best of my knowledge and belief.

This ___14th___ day of _____January_____, 2014

_/s/ Ian J. Gazes_____
**Ian J. Gazes, Chapter 11 Bankruptcy Trustee**
**212-765-9000**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE AGING AND RECONCILIATION

For period beginning:  **December 01, 2013**
And ending:  **December 31, 2013**

Name of debtor:  **Sonja Tremont-Morgan**
Date of filing:  **November 17, 2010**
Case number:  **10-16132-SCC**

| | |
|---|---|
| ACCOUNTS RECEIVABLE AT PETITION DATE | **$0.00** |

ACCOUNTS RECEIVABLE RECONCILIATION

| | |
|---|---|
| Accounts receivable balance at beginning of period | **$0.00** |
| PLUS:  Current period new billings | **$0.00** |
| LESS:  Collections during period | **$0.00** |
| PLUS:  Adjustments | **$0.00** |
| Accounts receivable balance at end of period | **$0.00** |

AGING: (Show the total amount for each age group of accounts receivable.)

| | Current | 31-60 Days | 61-90 Days | Over 90 Days | TOTAL |
|---|---|---|---|---|---|
| Prepetition | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| Postpetition | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| Total Accounts Receivable | | | | | **$0.00** |

## ATTACHMENT 2

## MONTHLY ACCOUNTS PAYABLE AND SECURED CREDITOR PAYMENTS REPORT

For period beginning:  **December 01, 2013**
And ending:  **December 31, 2013**

Name of debtor:  **Sonja Tremont-Morgan**
Date of filing:  **November 17, 2010**
Case number:  **10-16132-SCC**

ACCOUNTS PAYABLE RECONCILIATION (Postpetition only)

| | |
|---|---:|
| Accounts payable balance at beginning of period | **$0.00** |
| PLUS:  New indebtedness incurred this period | **$0.00** |
| LESS:  Amount paid on prior accounts payable | **$0.00** |
| Accounts payable balance at end of period | **$0.00** |

SECURED: List the status of payments to secured creditors and lessors (Postpetition only):

| Secured Creditor/Lessor | Payment Due Date | Number Of Payments Delinquent | Payment Due This Period | Amount Paid This Period | Total Payments Delinquent |
|---|---|---|---|---|---|
| **NONE** | | | | | **$0.00** |

In the space below list all invoices or bills incurred and not paid since filing the bankruptcy petition.
Do not include amounts owed prior to filing the bankruptcy petition.

| Date Incurred | Days Outstanding | Vendor | Amount |
|---|---|---|---|
| **NONE** | | | **$0.00** |

## ATTACHMENT 3

### INVENTORY AND FIXED ASSETS REPORT

For period beginning: **December 01, 2013**
And ending: **December 31, 2013**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

---

### INVENTORY REPORT

| | |
|---|---|
| INVENTORY OWNED BALANCE AT PETITION DATE: | **N/A** |

INVENTORY RECONCILIATION:

| | |
|---|---|
| Inventory owned balance at beginning of period | **N/A** |
| PLUS:  Inventory purchased during period | **N/A** |
| LESS:  Inventory used or sold during period | **N/A** |
| PLUS:  Adjustments | **N/A** |
| Inventory owned balance at end of period | **N/A** |
| LESS:  Prepaid inventory not on hand | **N/A** |
| Inventory on hand balance at end of period | **N/A** |

METHOD OF COSTING INVENTORY: **Not applicable**

---

### FIXED ASSET REPORT

| | |
|---|---|
| FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:<br>(Includes property, plant and equipment) | **$0.00** |

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed assets balance at beginning of period | **$0.00** |
| PLUS:  Fixed assets purchased during period | **$0.00** |
| LESS:  Fixed assets disposed of/written off | **$0.00** |
| LESS:  Depreciation expenses | **$0.00** |
| PLUS:  Adjustments | **$0.00** |
| Fixed assets balance at end of period | **$0.00** |

**ATTACHMENT 4A**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning:    **December 01, 2013**
And ending:              **December 31, 2013**

Name of debtor:          **Sonja Tremont-Morgan**
Date of filing:          **November 17, 2010**
Case number:             **10-16132-SCC**

BANK NAME:  **Chase**                               BRANCH:  **NY**

ACCOUNT NAME:  **DIP**

ACCOUNT NUMBER:  **5565**

PURPOSE OF ACCOUNT:  **DIP**

| | |
|---|---:|
| Account balance at beginning of period | **$62,518.46** |
| PLUS:  Total receipts and transfers in | **$10,000.00** |
| LESS:  Total disbursements, transfers out, contra receipts and stopped checks | **$16,844.13** |
| LESS:  Service charges | **$2.00** |
| PLUS:  Interest earned | **$0.00** |
| Account balance at end of period | **$55,672.33** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                          **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                             **NONE**

<u>CHECK REGISTER</u>

<u>Receipts in this period</u>
**SEE INSERTION**                                                   **$10,000.00**

<u>Disbursements in this period</u>
**SEE INSERTION**                                                   **$16,844.13**

## ATTACHMENT 4B

## MONTHLY BANK ACCOUNT RECONCILIATION

For period beginning:    **December 01, 2013**
And ending:                **December 31, 2013**

Name of debtor:    **Sonja Tremont-Morgan**
Date of filing:        **November 17, 2010**
Case number:        **10-16132-SCC**

---

BANK NAME:  **Signature Bank**                            BRANCH:  **NY**

ACCOUNT NAME:  **Monogram Insured MMA**

ACCOUNT NUMBER:  **0077**

PURPOSE OF ACCOUNT:  **MMA**

| | |
|---|---:|
| Account balance at beginning of period | **$1,756.56** |
| PLUS:  Total receipts and transfers in | **$0.00** |
| LESS:  Total disbursements, transfers out, contra receipts and stopped checks | **$0.00** |
| LESS:  Service charges | **$0.00** |
| PLUS:  Interest earned | **$0.35** |
| Account balance at end of period | **$1,756.91** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                            **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                  **NONE**

CHECK REGISTER

Receipts in this period
**NO DEPOSITS MADE IN THIS PERIOD**                            **$0.00**

Disbursements in this period
**NO CHECKS WRITTEN IN THIS PERIOD**                        **$0.00**

**ATTACHMENT 4C**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning:    **December 01, 2013**
And ending:                   **December 31, 2013**

Name of debtor:       **Sonja Tremont-Morgan**
Date of filing:           **November 17, 2010**
Case number:          **10-16132-SCC**

BANK NAME:  **CitiCard**                                      BRANCH:  **NY**

ACCOUNT NAME:  **CitiCard**

ACCOUNT NUMBER:  **0486**

PURPOSE OF ACCOUNT:  **Other**

| | |
|---|---:|
| Account balance at beginning of period | **($8,748.50)** |
| PLUS:  Total receipts and transfers in | **$11,109.05** |
| LESS:  Total disbursements, transfers out, contra receipts and stopped checks | **$9,207.61** |
| LESS:  Service charges | **$12.74** |
| PLUS:  Interest earned | **$0.00** |
| Account balance at end of period | **($6,859.80)** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                                      **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                        **NONE**

<u>CHECK REGISTER</u>

<u>Receipts in this period</u>
**SEE INSERTION**                                                              **$11,109.05**

<u>Disbursements in this period</u>
**SEE INSERTION**                                                               **$9,207.61**

**ATTACHMENT 4D**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning: **December 01, 2013**
And ending:             **December 31, 2013**

Name of debtor:    **Sonja Tremont-Morgan**
Date of filing:        **November 17, 2010**
Case number:       **10-16132-SCC**

---

BANK NAME:  **CitiCard**                                    BRANCH:  **NY**

ACCOUNT NAME:  **CitiCard**

ACCOUNT NUMBER:  **8781**

PURPOSE OF ACCOUNT:  **Other**

| | |
|---|---:|
| Account balance at beginning of period | **($14,737.59)** |
| PLUS:  Total receipts and transfers in | **$0.00** |
| LESS:  Total disbursements, transfers out, contra receipts and stopped checks | **$0.00** |
| LESS:  Service charges | **$0.00** |
| PLUS:  Interest earned | **$0.00** |
| Account balance at end of period | **($14,737.59)** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                        **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                **NONE**

<u>CHECK REGISTER</u>

<u>Receipts in this period</u>
**NO DEPOSITS MADE IN THIS PERIOD**                        **$0.00**

<u>Disbursements in this period</u>
**NO CHECKS WRITTEN IN THIS PERIOD**                     **$0.00**

## ATTACHMENT 4E

## MONTHLY BANK ACCOUNT RECONCILIATION

For period beginning: **December 01, 2013**
And ending: **December 31, 2013**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

---

BANK NAME: **Empire National Bank**                    BRANCH: **NY**

ACCOUNT NAME: **Checking Account**

ACCOUNT NUMBER: **3270**

PURPOSE OF ACCOUNT: **Operating**

| | |
|---|---:|
| Account balance at beginning of period | **$1,319,375.02** |
| PLUS: Total receipts and transfers in | **$0.00** |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | **$29,458.82** |
| LESS: Service charges | **$846.19** |
| PLUS: Interest earned | **$0.00** |
| Account balance at end of period | **$1,289,070.01** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                    **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                    **NONE**

CHECK REGISTER

Receipts in this period
**NO DEPOSITS MADE IN THIS PERIOD**                    **$0.00**

Disbursements in this period
**SEE INSERTION**                    **$29,458.82**

## ATTACHMENT 5

## MONTHLY TAX REPORT

For period beginning:  **December 01, 2013**
And ending:  **December 31, 2013**

Name of debtor:  **Sonja Tremont-Morgan**
Date of filing:  **November 17, 2010**
Case number:  **10-16132-SCC**

---

### TAXES PAID DURING THE PERIOD

Report all postpetition taxes paid during the current period.

| Date | Taxing authority | Description | Amount |
|------|------------------|-------------|--------|
| **NONE** | | | **$0.00** |

### TAXES OWED AND DUE

Report all UNPAID postpetition taxes including Federal and State withholding FICA, state sales tax, property tax, unemployment tax, and State Worker's Compensation.

| Date | Taxing Authority | Description | Amount |
|------|------------------|-------------|--------|
| **NONE** | | | **$0.00** |

## <u>ATTACHMENT 6</u>

### <u>SUMMARY OF INSURANCE COVERAGES</u>

For period beginning:   **December 01, 2013**
And ending:             **December 31, 2013**

Name of debtor:   **Sonja Tremont-Morgan**
Date of filing:   **November 17, 2010**
Case number:      **10-16132-SCC**

---

### <u>CONFIRMATION OF INSURANCE</u>

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, automobile, health and life.

| Coverage Type, Carrier & Policy Number | Agent Name & Phone | Expiration Date | Premium Due Date |
|---|---|---|---|
| **NONE** | | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION AND PERSONNEL**

For period beginning:  **December 01, 2013**
And ending:  **December 31, 2013**

Name of debtor:  **Sonja Tremont-Morgan**
Date of filing:  **November 17, 2010**
Case number:  **10-16132-SCC**

SUMMARY OF OFFICER OR OWNER COMPENSATION

Report all compensation received during the month.  Do not include reimbursement for expenses
incurred for which you have receipts.

| Name of Officer or Owner | Title | Amount Paid |
|---|---|---|
| **NONE** | | **$0.00** |

PERSONNEL REPORT

| | FULL TIME | PART TIME |
|---|---|---|
| Number of employees at beginning of period | **0** | **0** |
| Number hired during period | **0** | **0** |
| Number terminated or resigned during period | **0** | **0** |
| Number of employees at end of period | **0** | **0** |

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

For period beginning: **December 01, 2013**
And ending: **December 31, 2013**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

**On June 15, 2011, an order was signed directing Substantive Consolidation of Stam LLC under case no. 10-16132, Sonya Tremont-Morgan.**

**On May 31, 2013, order approving the appointment of Chapter 11 Trustee, Ian J. Gazes.**

**Debtor:**        **Sonja Tremont-Morgan**
**Case No.**       **10-16132**
**Reporting Period: 12/01/13 – 12/31/13**

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

**Chase**
**December 2013**

| Date | Transaction Type | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| 12/03/13 | Check | | | Bank Charges | $        (2.00) |
| | | | | **Bank Charges Total** | (2.00) |
| 12/03/13 | Check | | | Cash Withdrawal by Debtor | (303.00) |
| 12/06/13 | Check | | | Cash Withdrawal by Debtor | (11,000.00) |
| 12/10/13 | Check | | | Cash Withdrawal by Debtor | (200.00) |
| | | | | **Cash Withdrawal by Debtor Total** | (11,503.00) |
| 12/03/13 | Check | 1440 | Benjamin Garner | Child Expense | (725.00) |
| 12/17/13 | Check | | Apple | Child Expense | (845.96) |
| | | | | **Child Expense Total** | (1,570.96) |
| 12/23/13 | Check | | Juice Press | Food, Clothing, Hygiene | (13.55) |
| 12/16/13 | Check | | Corner Cafe And | Food, Clothing, Hygiene | (95.82) |
| 12/02/13 | Check | 1434 | | Food, Clothing, Hygiene | (300.00) |
| 12/23/13 | Check | | Spa Boutique | Food, Clothing, Hygiene | (113.50) |
| 12/24/13 | Check | 1446 | Roberta Tavassoli | Food, Clothing, Hygiene | (500.00) |
| | | | | **Food, Clothing, Hygiene Total** | (1,022.87) |
| 12/03/13 | Check | 1435 | Path Medical | Medical | (40.00) |
| 12/09/13 | Check | 1436 | Peter Schell | Medical | (70.00) |
| 12/20/13 | Check | 1437 | Peter Schell | Medical | (70.00) |
| | | | | **Medical Total** | (180.00) |
| 12/03/13 | Deposit | | | Transfer in from acct 3270 | 10,000.00 |
| | | | | **Transfer in from acct 3270 Total** | 10,000.00 |
| 12/31/13 | Check | 1447 | Nyc Brownstone | Repair & Maintenance | (250.00) |
| 12/06/13 | Check | 1443 | Nelly Cabanillas | Repair & Maintenance | (1,400.00) |
| 12/31/13 | Check | 1444 | Nelly Cabanillas | Repair & Maintenance | (900.00) |
| | | | | **Repair & Maintenance Total** | (2,550.00) |
| 12/13/13 | Check | | Nyc Taxi L | Travel & Entertainment | (7.20) |
| 12/16/13 | Check | | NYC Taxi | Travel & Entertainment | (10.10) |
| | | | | **Travel & Entertainment Total** | (17.30) |

**Citi  0486**
**December 2013**

| Date | Transaction Type | Name | Split | Amount |
|---|---|---|---|---|
| 12/03/13 | Credit Card Expense | Mailchimp Mailchimp Com | Advertising | $    75.00 |
| | | | **Advertising Total** | 75.00 |
| 12/16/13 | Credit Card Expense | Shell | Auto | 71.10 |
| 12/16/13 | Credit Card Expense | Laz Parking | Auto | 5.50 |
| 12/18/13 | Credit Card Expense | E-ZPass | Auto | 25.00 |
| | | | **Auto Total** | 101.60 |
| 12/12/13 | Credit Card Expense | | Bank Charges | 6.38 |
| 12/13/13 | Credit Card Expense | Foreign Transaction Fee | Bank Charges | 5.75 |
| 12/12/13 | Credit Card Expense | | Bank Charges | 0.61 |
| | | | **Bank Charges Total** | 12.74 |
| 12/23/13 | Credit Card Expense | Greataupair Com Tx | Child Expense | 45.00 |
| 12/31/13 | Credit Card Credit | Greataupair Com Tx | Child Expense | (45.00) |
| 12/01/13 | Credit Card Expense | Youreshoppayco Ltd Shenzhen | Child Expense | 133.79 |
| 12/04/13 | Credit Card Expense | JCPenney | Child Expense | 20.89 |
| 12/05/13 | Credit Card Expense | JCPenney | Child Expense | 316.88 |
| 12/08/13 | Credit Card Expense | Lush Online Can | Child Expense | 58.10 |
| 12/10/13 | Credit Card Expense | Pier 1 Imports | Child Expense | 69.64 |
| 12/11/13 | Credit Card Expense | Bloomingdale's | Child Expense | 23.50 |
| 12/11/13 | Credit Card Expense | Home Depot | Child Expense | 158.45 |
| 12/04/13 | Credit Card Expense | Sse Oh | Child Expense | 89.00 |
| 12/04/13 | Credit Card Expense | Keithsstuff Fl | Child Expense | 6.00 |
| 12/05/13 | Credit Card Expense | Nordstrom | Child Expense | 23.98 |
| 12/06/13 | Credit Card Expense | Victoria's Secret | Child Expense | 86.00 |
| 12/03/13 | Credit Card Expense | Apple | Child Expense | 14.96 |
| 12/07/13 | Credit Card Expense | Apple | Child Expense | 1.99 |
| 12/09/13 | Credit Card Expense | Apple | Child Expense | 11.96 |
| 12/13/13 | Credit Card Expense | Apple | Child Expense | 2.99 |
| 12/20/13 | Credit Card Expense | Apple | Child Expense | 2.99 |
| 12/30/13 | Credit Card Expense | Apple | Child Expense | 10.96 |
| 12/30/13 | Credit Card Expense | Apple | Child Expense | 9.97 |
| 12/04/13 | Credit Card Expense | Cty Online Md | Child Expense | 39.00 |
| 12/01/13 | Credit Card Expense | Netflix | Child Expense | 7.99 |
| 12/22/13 | Credit Card Expense | Estee Lauder | Child Expense | 18.50 |
| 12/18/13 | Credit Card Expense | Duane Reade | Child Expense | 16.17 |
| | | | **Child Expense Total** | 1,123.71 |
| 12/22/13 | Credit Card Credit | | Transfer in from acct 3270 | (11,109.05) |
| | | | **Transfer in from acct 3270 Total** | (11,109.05) |
| 12/01/13 | Credit Card Expense | C Famous Fam | Food, Clothing, Hygiene | 16.67 |
| 12/01/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 11.31 |
| 12/02/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 3.32 |
| 12/02/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 7.52 |
| 12/03/13 | Credit Card Expense | Seamless Ny | Food, Clothing, Hygiene | 57.49 |
| 12/09/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 6.32 |
| 12/10/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 9.96 |
| 12/15/13 | Credit Card Expense | Food Emporium | Food, Clothing, Hygiene | 46.13 |
| 12/15/13 | Credit Card Expense | Davidstea 3rd Avenue | Food, Clothing, Hygiene | 4.00 |
| 12/15/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 6.51 |
| 12/15/13 | Credit Card Expense | McDonald's | Food, Clothing, Hygiene | 8.72 |
| 12/15/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 10.75 |
| 12/16/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 9.49 |
| 12/16/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 3.95 |
| 12/17/13 | Credit Card Expense | Donohues Steak House | Food, Clothing, Hygiene | 43.00 |
| 12/17/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 10.56 |
| 12/18/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 10.34 |
| 12/22/13 | Credit Card Expense | Hudson News | Food, Clothing, Hygiene | 21.91 |

**Citi  0486**
**December 2013**

| Date | Transaction Type | Name | Split | Amount |
|------|------------------|------|-------|--------|
| 12/23/13 | Credit Card Expense | Starbucks | Food, Clothing, Hygiene | 9.52 |
| 12/01/13 | Credit Card Expense | Food Emporium | Food, Clothing, Hygiene | 41.08 |
| 12/03/13 | Credit Card Expense | Food Emporium | Food, Clothing, Hygiene | 123.36 |
| 12/03/13 | Credit Card Expense | Food Emporium | Food, Clothing, Hygiene | 114.43 |
| 12/05/13 | Credit Card Expense | Fresh Co | Food, Clothing, Hygiene | 5.17 |
| 12/05/13 | Credit Card Expense | Fresh Co | Food, Clothing, Hygiene | 8.66 |
| 12/06/13 | Credit Card Expense | Food Emporium | Food, Clothing, Hygiene | 31.26 |
| 12/10/13 | Credit Card Expense | Food Emporium | Food, Clothing, Hygiene | 46.32 |
| 12/11/13 | Credit Card Expense | The Health Nuts | Food, Clothing, Hygiene | 32.72 |
| 12/11/13 | Credit Card Expense | Food Emporium | Food, Clothing, Hygiene | 189.04 |
| 12/14/13 | Credit Card Expense | Food Emporium | Food, Clothing, Hygiene | 74.81 |
| 12/14/13 | Credit Card Expense | Lex Grocery | Food, Clothing, Hygiene | 8.00 |
| 12/17/13 | Credit Card Expense | Food Emporium | Food, Clothing, Hygiene | 10.37 |
| 12/01/13 | Credit Card Expense | Dunkin Donuts | Food, Clothing, Hygiene | 12.96 |
| 12/03/13 | Credit Card Expense | Le Pain Quotidien | Food, Clothing, Hygiene | 18.81 |
| 12/04/13 | Credit Card Expense | Le Pain Quotidien | Food, Clothing, Hygiene | 8.00 |
| 12/04/13 | Credit Card Expense | Le Pain Quotidien | Food, Clothing, Hygiene | 2.56 |
| 12/05/13 | Credit Card Expense | Serafina Fabulous Gri | Food, Clothing, Hygiene | 83.77 |
| 12/06/13 | Credit Card Expense | Bistro Chat Noir | Food, Clothing, Hygiene | 15.48 |
| 12/06/13 | Credit Card Expense | David Burke Townhouse | Food, Clothing, Hygiene | 55.09 |
| 12/08/13 | Credit Card Expense | Jackson Hole | Food, Clothing, Hygiene | 31.46 |
| 12/09/13 | Credit Card Expense | Lexington Pizza And | Food, Clothing, Hygiene | 7.37 |
| 12/10/13 | Credit Card Expense | Donohues Steak House | Food, Clothing, Hygiene | 32.15 |
| 12/10/13 | Credit Card Expense | Eat Here Now | Food, Clothing, Hygiene | 43.25 |
| 12/13/13 | Credit Card Expense | Brio Uptown Nyc | Food, Clothing, Hygiene | 54.55 |
| 12/14/13 | Credit Card Expense | Le Pain Quotidien | Food, Clothing, Hygiene | 57.00 |
| 12/15/13 | Credit Card Expense | Le Pain Quotidien | Food, Clothing, Hygiene | 5.39 |
| 12/15/13 | Credit Card Expense | The Greek Olive | Food, Clothing, Hygiene | 17.00 |
| 12/17/13 | Credit Card Expense | Tony Di Napoli | Food, Clothing, Hygiene | 112.72 |
| 12/17/13 | Credit Card Expense | Food Emporium | Food, Clothing, Hygiene | 110.58 |
| 12/17/13 | Credit Card Expense | Le Pain Quotidien | Food, Clothing, Hygiene | 7.25 |
| 12/19/13 | Credit Card Expense | Eat Here Now | Food, Clothing, Hygiene | 13.35 |
| 12/23/13 | Credit Card Expense | H T Cafe | Food, Clothing, Hygiene | 10.89 |
| 12/05/13 | Credit Card Expense | Amour De Hair | Food, Clothing, Hygiene | 30.35 |
| 12/10/13 | Credit Card Expense | Amour De Hair | Food, Clothing, Hygiene | 30.35 |
| 12/10/13 | Credit Card Expense | Spa Boutique | Food, Clothing, Hygiene | 73.50 |
| 12/26/13 | Credit Card Expense | Malisanaa Ordinary Par | Food, Clothing, Hygiene | 1,851.89 |
| | | | **Food, Clothing, Hygiene Total** | 3,668.41 |
| 12/06/13 | Credit Card Expense | American Express | Gifts | 212.90 |
| 12/07/13 | Credit Card Expense | Wal-Mart | Gifts | 200.00 |
| 12/09/13 | Credit Card Expense | Shutterfly | Gifts | 295.04 |
| 12/10/13 | Credit Card Expense | Wal-Mart | Gifts | 500.00 |
| 12/12/13 | Credit Card Expense | Rallysport Direct Ut | Gifts | 329.99 |
| | | | **Gifts Total** | 1,537.93 |
| 12/05/13 | Credit Card Expense | Sq Werner Chiropracti | Medical | 50.00 |
| 12/06/13 | Credit Card Expense | Sharon Y Giese | Medical | 100.00 |
| 12/10/13 | Credit Card Expense | Pasteur Pharmacy | Medical | 15.00 |
| 12/17/13 | Credit Card Expense | Pasteur Pharmacy | Medical | 99.02 |
| 12/17/13 | Credit Card Expense | Pasteur Pharmacy | Medical | 79.99 |
| 12/19/13 | Credit Card Expense | Sq Werner Chiropracti | Medical | 50.00 |
| | | | **Medical Total** | 394.01 |
| 12/23/13 | Credit Card Expense | Equinox Moto Ny | Membership Fees | 185.00 |
| | | | **Membership Fees Total** | 185.00 |
| 12/02/13 | Credit Card Expense | Intuit | Office Expenses | 43.50 |
| 12/06/13 | Credit Card Expense | Staples | Office Expenses | 8.23 |

**Citi  0486**

**December 2013**

| Date | Transaction Type | Name | Split | Amount |
|------|-----------------|------|-------|--------|
| 12/06/13 | Credit Card Expense | Staples | Office Expenses | 21.77 |
| 12/06/13 | Credit Card Expense | Staples | Office Expenses | 22.79 |
| 12/11/13 | Credit Card Expense | Staples | Office Expenses | 40.27 |
| 12/06/13 | Credit Card Expense | USPS | Office Expenses | 47.25 |
| 12/17/13 | Credit Card Expense | USPS | Office Expenses | 49.68 |
| 12/17/13 | Credit Card Expense | USPS | Office Expenses | 23.00 |
| | | | **Office Expenses Total** | 256.49 |
| 12/05/13 | Credit Card Expense | Vpi Pet Insurance | Pet Care | 404.17 |
| 12/10/13 | Credit Card Expense | Best Pet Rx | Pet Care | 49.99 |
| 12/11/13 | Credit Card Expense | PetSmart | Pet Care | 47.67 |
| 12/11/13 | Credit Card Expense | PetSmart | Pet Care | 10.87 |
| 12/18/13 | Credit Card Expense | Best Pet Rx | Pet Care | 159.97 |
| | | | **Pet Care Total** | 672.67 |
| 12/02/13 | Credit Card Expense | Overstock | Repair & Maintenance | 116.07 |
| 12/03/13 | Credit Card Credit | Amazon | Repair & Maintenance | (23.65) |
| 12/04/13 | Credit Card Credit | Amazon | Repair & Maintenance | (68.35) |
| 12/07/13 | Credit Card Expense | Home Depot | Repair & Maintenance | 28.13 |
| 12/08/13 | Credit Card Expense | Rosa Rosa Inc | Repair & Maintenance | 11.90 |
| 12/17/13 | Credit Card Expense | Amazon | Repair & Maintenance | 42.48 |
| 12/17/13 | Credit Card Expense | Container Store | Repair & Maintenance | 8.70 |
| 12/27/13 | Credit Card Credit | Amazon | Repair & Maintenance | (6.52) |
| | | | **Repair & Maintenance Total** | 108.76 |
| 12/23/13 | Credit Card Expense | Verizon | Telephone | 197.84 |
| 12/23/13 | Credit Card Expense | AT&T | Telephone | 252.58 |
| | | | **Telephone Total** | 450.42 |
| 12/07/13 | Credit Card Expense | Cinemas | Travel & Entertainment | 28.00 |
| 12/07/13 | Credit Card Expense | Cinemas | Travel & Entertainment | 16.50 |
| 12/08/13 | Credit Card Expense | Beekman Theater | Travel & Entertainment | 20.00 |
| 12/01/13 | Credit Card Expense | Dial Cs Car | Travel & Entertainment | 77.10 |
| 12/05/13 | Credit Card Expense | Nyc Taxi G | Travel & Entertainment | 13.20 |
| 12/05/13 | Credit Card Expense | NYC Taxi | Travel & Entertainment | 13.70 |
| 12/06/13 | Credit Card Expense | NYC Taxi | Travel & Entertainment | 7.10 |
| 12/11/13 | Credit Card Expense | NYC Taxi | Travel & Entertainment | 7.10 |
| 12/11/13 | Credit Card Expense | NYC Taxi | Travel & Entertainment | 7.70 |
| 12/13/13 | Credit Card Expense | Nyc L I | Travel & Entertainment | 8.30 |
| 12/17/13 | Credit Card Expense | NYC Taxi | Travel & Entertainment | 6.50 |
| 12/18/13 | Credit Card Expense | NYC Taxi | Travel & Entertainment | 8.90 |
| 12/18/13 | Credit Card Expense | Nyc Taxi B | Travel & Entertainment | 8.30 |
| 12/19/13 | Credit Card Expense | NYC Taxi | Travel & Entertainment | 16.10 |
| 12/19/13 | Credit Card Expense | NYC Taxi | Travel & Entertainment | 5.30 |
| 12/19/13 | Credit Card Expense | Nyc Taxi D | Travel & Entertainment | 13.20 |
| 12/22/13 | Credit Card Expense | Dial Cs Car | Travel & Entertainment | 70.80 |
| 12/16/13 | Credit Card Expense | La Quinta | Travel & Entertainment | 97.24 |
| 12/23/13 | Credit Card Expense | Kyeongin Incheon Kor | Travel & Entertainment | 18.86 |
| | | | **Travel & Entertainment Total** | 443.90 |
| 12/22/13 | Credit Card Expense | Directv | Utilities | 118.20 |
| 12/24/13 | Credit Card Expense | Time Warner | Utilities | 71.51 |
| | | | **Utilities Total** | 189.71 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

| Case No: | 10-16132 -SCC | Trustee Name: | IAN J. GAZES (CHAPTER 11 TRUSTEE) |
|---|---|---|---|
| Case Name: | TREMONT-MORGAN, SONJA | Bank Name: | Empire National Bank |
| | | Account Number / CD #: | *******3270  Checking Account (Non-Interest Earn |

| Taxpayer ID No: | *******7646 | | |
|---|---|---|---|
| For Period Ending: | 01/09/14 | Blanket Bond (per case limit): | $ 94,140,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 183113 COLUMBUS, OH 43218-3113 | ENDING-0486 10/15/13-11/13/13 | | | | |
| 11/15/13 | 001035 | BMW OF GREENWICH ATTN: WOO RHIM 355 W. PUTNAM AVE. GREENWICH , CY 06830 | 2 YEAR WARRANTY | 6990-000 | | 4,300.00 | 1,321,976.25 |
| 11/21/13 | 001036 | U.S. TRUSTEE U.S. TRUSTEE  PAYMENT CENTER P.O. BOX 530202 ATLANTA, GA 30353-0202 | 3Q 2013 QUARTERLY FEES | 2950-000 | | 1,625.00 | 1,320,351.25 |
| 11/21/13 | 001037 | U.S. TRUSTEE U.S. TRUSTEE  PAYMENT CENTER P.O. BOX 530202 ATLANTA, GA 30353-0202 | BALANCE Q2 2013 QUARTERLY FEES | 2950-000 | | 976.23 | 1,319,375.02 |
| 12/02/13 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 846.19 | 1,318,528.83 |
| 12/06/13 | 001038 | NYC WATER BOARD PO BOX 371488 PITTSBURGH, PA 15250-7488 | STAM LLC 162 E 63RD ST , NYC, NY | 6950-000 | | 788.14 | 1,317,740.69 |
| 12/06/13 | 001039 | OXFORD HEALTH PLANS PO BOX 1697 NEWARK, NJ 07101-1697 | IV#44861964  GROUP SP23120  BG03 12/01/2013 | 6990-000 | | 690.98 | 1,317,049.71 |
| 12/06/13 | 001040 | AMERICAN FRIENDS OF BLERANCOURT C/PO ELAINE LEARY 20 WEST 44 THS TREET ROM 506 NEW YORK, NY 10036 | CHARITY | 6990-000 | | 1,000.00 | 1,316,049.71 |
| 12/06/13 | 001041 | NYC DEPT. OF FINANCE PO BOX 680 NEWARK, NJ 07101-0680 | STAM LLC 162 E. 63RD ST | 6950-000 | | 12,338.93 | 1,303,710.78 |
| 12/19/13 | 001042 | CITI CARDS PO BOX 183113 COLUMBUS, OH 43218-3113 | VALERIE BERGSTEIN  CARD ENDING-0486 11/14/13-12/12/13 | 6990-000 | | 11,109.05 | 1,292,601.73 |
| 12/19/13 | 001043 | CONSOLIDATED EDISON JAFF STATION PO BOX 1702 NEW YORK, NY 10116-1702 | ACT#42-6127-0585-0004-9 STAM LLC. 162 E. 63RD STREET | 6990-000 | | 1,051.30 | 1,291,550.43 |
| 12/19/13 | 001044 | OXFORD HEALTH PLANS PO BOX 1697 NEWARK, NJ 07101-1697 | IV#44861964  GROUP SP23120  BG03 1/01/2014 | 6990-000 | | 690.98 | 1,290,859.45 |
| 12/21/13 | 001045 | AZUR FIXATIONS DIAGNOSTICS JEAN PIERRE & CLEMENT MONSALLIER VILLA HELENE 6 IMPASSE DU BAOUS BEAULIEU SUR MER 06310 | FACTURE#DIAG-13-11-003 | 6990-000 | | 1,789.44 | 1,289,070.01 |
| 01/02/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 826.87 | 1,288,243.14 |

**Total Of All Accounts   1,288,243.14**

PFORM24

Ver: 17.04b