

**ROBERT N. MICHAELSON**

Direct 212.220.9404
Cell 917.992.5006
Fax 212.913.9642
Email rmichaelson@r3mlaw.com

February 7, 2014

**FEDERAL EXPRESS**

The Honorable Shelley C. Chapman
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

        **Re: In re Sonja-Tremont Morgan (10-16132)**

Dear Judge Chapman:

     Hannibal Pictures, Inc. hereby requests a status conference to be scheduled at the Court's earliest convenience to review recent developments in this case including, in particular, the notice of appeal to the 9th Circuit Court of Appeals filed by the Chapter 11 trustee, Ian J. Gazes, from the January 7, 2014, order of district court for the Central District of California granting Hannibal's motion to amend and correct the caption in *Hannibal Pictures Inc v. Sonja Productions LLC* (CV-06-1814).  Hannibal submits that this cannot await the next scheduled status conference in this matter set for 10:00 a.m. on March 13, 2014.

                                                 Very truly yours,

                                                 /s/ *Robert N. Michaelson*

                                               Robert N. Michaelson

cc: Ian J. Gazes (via electronic mail)