# REICH REICH & REICH, P.C.
ATTORNEYS AT LAW
235 MAIN STREET - SUITE 450
WHITE PLAINS, NEW YORK 10601

(914) 949-2126
FAX (914) 949-1604
e-mail Reichlaw@aol.com
www.reichpc.com

LAWRENCE R. REICH
ROBIN REICH*
JEFFREY A. REICH

JOANNE PRICE
PARALEGAL

*ALSO ADMITTED IN CT

SIDNEY H. REICH
(1904-1990)

April 2, 2010

Ms. Sonja Tremont-Morgan
162 E. 63rd Street
New York, NY 10021

This statement contains payments and charges through March 31, 2010
NOTE:
LRR - Lawrence R. Reich, whose hourly rate is $400.00
JAR - Jeffrey A. Reich, whose hourly rate is $300.00
RR - Robin Reich, whose hourly rate is $300.00
LA(JP) Joanne Price, Paralegal, whose hourly rate is $150.00
LA(SN) Samara Neal, Legal Assistant, whose hourly rate is $150.00

--- FEE TRANSACTIONS ---

3/3/10, 3/4/10 & 3/5/10

LRR - Preliminary telephone conferences with attorney Richard Kent and with client to review background matters; and directing search of court records as to documents regarding California Federal judgment and Connecticut and New York supplemental proceedings with respect to that judgment.

1 hr - $400.00

3/9/10

LRR - Review of aforesaid documents and preparation for conference at office tomorrow with client and Mr. Kent.

.40 hrs - $160.00

1

3/10/10

LRR – Conference at office with client and Mr. Kent together with JAR and JP to review matter in detail and to make recommendations as to available possible courses of action; and review of additional documents turned over by client.

                1.90 hrs – $760.00

3/11/10

LRR – Conference call with attorneys Kent and McCarten to follow up on conference held yesterday with client and Mr. Kent.

                .40 hrs – $160.00
                ---------------------

Total fees:              $1,480.00

    Previous balance as of February 28, 2010:  $    0.00
    Current charges:                               $1,480.00
    TOTAL AMOUNT DUE:                        $1,480.00