# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
## New York Division

IN RE:
**Sonja Tremont-Morgan**
          DEBTOR

CASE NUMBER:  **10-16132-SCC**
JUDGE:  **Shelley C. Chapman**
FEI NUMBER:  **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**
IN PROCEEDINGS UNDER CHAPTER 11

# TRUSTEE'S PERIODIC FINANCIAL REPORT
## For The Period
## From:  February 01, 2015   To:  February 28, 2015

Comes now the Trustee for the above-named Debtor and files its Periodic Financial Reports
in accordance with the guidelines established by the United States Trustee and FRBP 2015.


/s/ Ian J. Gazes            05/06/15
_____

**Ian J. Gazes                        Date**
**Chapter 11 Bankruptcy Trustee**
**151 Hudson St.**
**New York, NY 10013**

**212-765-9000**

## PERIODIC CASH FLOW REPORT

For period beginning: **February 01, 2015**
And ending: **February 28, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

| | | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 1. | CASH BALANCE AT BEGINNING OF PERIOD | **$521,163.88** | **$1,840.67** |
| 2. | CASH RECEIPTS | | |
| A | Cash Sales | **$0.00** | **$0.00** |
| B | Collections On Postpetition Accounts Receivable | **$0.00** | **$0.00** |
| C | Collections On Prepetition Accounts Receivable | **$0.00** | **$0.00** |
| D | OTHER RECEIPTS | | |
| | 01  Transfers In From Other Accounts | **$0.00** | **$1,533,529.57** |
| | 02  Sale Of Fixed Assets | **$0.00** | **$0.00** |
| | 03  Interest Payments Received | **$0.37** | **$8.47** |
| | 04  Prepetition Checks Voided After Filing | **$0.00** | **$0.00** |
| | 05  Bank Accounts Not Previously Reported | **$0.00** | **$0.00** |
| | 06  Wages (Net) (Contra) | **$0.00** | **$1,258,337.96** |
| | 07  Interest and Dividend Income (Contra) | **$0.00** | **$6.56** |
| | 08  Alimony and Child Support (Contra) | **$0.00** | **$404,169.00** |
| | 09  Other Income (Contra) | **$0.00** | **$629,603.69** |
| | 10  Transfer from Stam LLC (Contra) | **$0.00** | **$1,202,703.69** |
| | 11  Cash Refund (Contra) | **$0.00** | **$35.48** |
| E | Contra Receipts | | |
| | 01  Transfers Out To Other Accounts (Contra) | **$0.00** | **($1,504,760.05)** |
| | 02  Returned Deposits (Contra) | **$0.00** | **$0.00** |
| | 03  Cash Refunds (Contra) | **$0.00** | **$0.00** |
| 3. | TOTAL RECEIPTS (Sum of all line 2 entries) | **$0.37** | **$3,523,634.37** |
| 4. | TOTAL CASH AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | **$521,164.25** | **$3,525,475.04** |

## PERIODIC CASH FLOW REPORT

| | |
|---|---|
| For period beginning: | **February 01, 2015** |
| And ending: | **February 28, 2015** |

| | |
|---|---|
| Name of debtor: | **Sonja Tremont-Morgan** |
| Date of filing: | **November 17, 2010** |
| Case number: | **10-16132-SCC** |

| | | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 5. | DISBURSEMENTS | | |
| A | U.S. Trustee Quarterly Fees | **$0.00** | **$25,350.54** |
| B | Net Payroll | **$0.00** | **$0.00** |
| C | Payroll Taxes  Paid | **$0.00** | **$0.00** |
| D | Sales and Use Taxes | **$0.00** | **$0.00** |
| E | Other Taxes/Licenses | **$500.00** | **$7,172.50** |
| F | Rent | **$0.00** | **$0.00** |
| G | Other Leases | **$0.00** | **$0.00** |
| H | Telephone/Beepers | **$675.76** | **$12,572.96** |
| I | Utilities | **$4,496.97** | **$70,588.74** |
| J | Travel & Entertainment | **$338.69** | **$58,954.35** |
| K | Vehicle Expenses | **$0.00** | **$38,654.50** |
| L | Office Supplies & Expenses | **$265.84** | **$9,456.90** |
| M | Advertising | **$75.00** | **$4,843.39** |
| N | Insurance | **$0.00** | **$141,197.04** |
| O | Purchases Of Fixed Assets | **$0.00** | **$0.00** |
| P | Purchases Of Inventory | **$0.00** | **$0.00** |
| Q | Supplies | **$0.00** | **$0.00** |
| R | Repairs & Maintenance | **$1,457.00** | **$181,615.40** |
| S | Payments To Secured Creditors | **$0.00** | **$0.00** |
| T | OTHER OPERATING EXPENSES | | |
| 01 | Bank Charges | **$1,400.00** | **$20,107.20** |
| 02 | Trustee Surety | **$0.00** | **$0.00** |
| 03 | Freight | **$0.00** | **$0.00** |
| 04 | Mortgage Payment(s) | **$0.00** | **$211,582.41** |
| 05 | Medical Expenses | **$708.33** | **$45,362.20** |
| 06 | Food, Clothing, Hygiene | **$3,410.05** | **$171,158.71** |
| 07 | Charitable Contributions | **$0.00** | **$3,550.00** |
| 08 | Taxes - Real Estate | **$0.00** | **$186,248.95** |
| 09 | Taxes - Personal Property | **$0.00** | **$624.87** |
| 10 | Taxes - Other | **$0.00** | **$2,383.60** |
| 11 | Gifts | **$0.00** | **$5,920.19** |
| 12 | Other | **$0.00** | **$410,999.76** |
| 13 | Professional Fees | **$142,920.86** | **$1,247,757.59** |
| 14 | Other Reorganization Expenses | **$0.00** | **($2,500.00)** |

## PERIODIC CASH FLOW REPORT

For period beginning: **February 01, 2015**
And ending: **February 28, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

| | | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 5. | DISBURSEMENTS | | |
| 15 | Child Expense | **$662.95** | **$100,893.37** |
| 16 | Cash Withdrawal by Debtor | **$9,000.00** | **$128,885.64** |
| 17 | Membership Fees | **$0.00** | **$4,453.45** |
| 18 | Pet Expense | **$0.00** | **$3,867.21** |
| 19 | Subcontractors | **$0.00** | **$755.45** |
| 20 | Bond Premium | **$0.00** | **$24,631.00** |
| 21 | Asset Acquisition | **$0.00** | **$1,500.00** |
| 22 | Taxes - Income Tax | **$0.00** | **$49,375.91** |
| 23 | Household Expenses | **$68.44** | **$2,326.85** |
| 6. | TOTAL DISBURSEMENTS (Sum of all line 5 entries) | **$165,979.89** | **$3,170,290.68** |
| 7. | CASH BALANCE AT END OF PERIOD (Line 4 - Line 6) | **$355,184.36** | **$355,184.36** |
| | NET CHANGE IN CASH (Line 7 - Line 1) | **($165,979.52)** | **$353,343.69** |

## BANK ACCOUNT SUMMARY

For period beginning: **February 01, 2015**
And ending: **February 28, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

| | | |
|---|---|---:|
| Attachment 4A | **DIP** | **$4,644.57** |
| Attachment 4B | **Monogram Insured MMA** | **$1,762.09** |
| Attachment 4C | **CitiCard** | **($19,761.16)** |
| Attachment 4D | **CitiCard** | **($14,737.59)** |
| Attachment 4E | **Checking Account** | **$383,276.45** |
| | | **$355,184.36** |

I declare under penalty of perjury that this statement and the accompanying documents
and reports are true and correct to the best of my knowledge and belief.

This _____6th_____ day of _____May_____, 2015

/s/ Ian J. Gazes
_____
**Ian J. Gazes, Chapter 11 Bankruptcy Trustee**
**212-765-9000**

## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE AGING AND RECONCILIATION

For period beginning: **February 01, 2015**
And ending: **February 28, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

---

ACCOUNTS RECEIVABLE AT PETITION DATE                                    **$0.00**

ACCOUNTS RECEIVABLE RECONCILIATION

Accounts receivable balance at beginning of period                     **$0.00**
PLUS:  Current period new billings                                     **$0.00**
LESS:  Collections during period                                       **$0.00**
PLUS:  Adjustments                                                     **$0.00**

Accounts receivable balance at end of period                           **$0.00**

---

AGING: (Show the total amount for each age group of accounts receivable.)

|  | Current | 31-60 Days | 61-90 Days | Over 90 Days | TOTAL |
|---|---|---|---|---|---|
| Prepetition | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| Postpetition | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| Total Accounts Receivable |  |  |  |  | **$0.00** |

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED CREDITOR PAYMENTS REPORT**

For period beginning:  **February 01, 2015**
And ending:  **February 28, 2015**

Name of debtor:  **Sonja Tremont-Morgan**
Date of filing:  **November 17, 2010**
Case number:  **10-16132-SCC**

---

ACCOUNTS PAYABLE RECONCILIATION (Postpetition only)

| | |
|---|---:|
| Accounts payable balance at beginning of period | **$0.00** |
| PLUS:  New indebtedness incurred this period | **$0.00** |
| LESS:  Amount paid on prior accounts payable | **$0.00** |

Accounts payable balance at end of period   **$0.00**

---

SECURED: List the status of payments to secured creditors and lessors (Postpetition only):

| Secured Creditor/Lessor | Payment Due Date | Number Of Payments Delinquent | Payment Due This Period | Amount Paid This Period | Total Payments Delinquent |
|---|---|---|---|---|---|
| **NONE** | | | | | **$0.00** |

---

In the space below list all invoices or bills incurred and not paid since filing the bankruptcy petition.
Do not include amounts owed prior to filing the bankruptcy petition.

| Date Incurred | Days Outstanding | Vendor | Amount |
|---|---|---|---|
| **NONE** | | | **$0.00** |

## ATTACHMENT 3

## INVENTORY AND FIXED ASSETS REPORT

For period beginning:  **February 01, 2015**
And ending:  **February 28, 2015**

Name of debtor:  **Sonja Tremont-Morgan**
Date of filing:  **November 17, 2010**
Case number:  **10-16132-SCC**

---

### INVENTORY REPORT

INVENTORY OWNED BALANCE AT PETITION DATE:                                         **N/A**

INVENTORY RECONCILIATION:

    Inventory owned balance at beginning of period                          **N/A**
    PLUS:  Inventory purchased during period                                **N/A**
    LESS:  Inventory used or sold during period                             **N/A**
    PLUS:  Adjustments                                                      **N/A**

    Inventory owned balance at end of period                               **N/A**

    LESS:  Prepaid inventory not on hand                                    **N/A**
    Inventory on hand balance at end of period                             **N/A**

METHOD OF COSTING INVENTORY: **Not applicable**

---

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:                                  **$0.00**
(Includes property, plant and equipment)

FIXED ASSETS RECONCILIATION:

    Fixed assets balance at beginning of period                            **$0.00**
    PLUS:  Fixed assets purchased during period                            **$0.00**
    LESS:  Fixed assets disposed of/written off                            **$0.00**
    LESS:  Depreciation expenses                                            **$0.00**
    PLUS:  Adjustments                                                      **$0.00**

    Fixed assets balance at end of period                                  **$0.00**

## ATTACHMENT 4A

## MONTHLY BANK ACCOUNT RECONCILIATION

For period beginning: **February 01, 2015**
And ending: **February 28, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

BANK NAME: **Chase**                                    BRANCH: **NY**

ACCOUNT NAME: **DIP**

ACCOUNT NUMBER: **5565**

PURPOSE OF ACCOUNT: **DIP**

| | |
|---|---:|
| Account balance at beginning of period | **$14,687.66** |
| PLUS: Total receipts and transfers in | **$0.00** |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | **$10,043.09** |
| LESS: Service charges | **$0.00** |
| PLUS: Interest earned | **$0.00** |
| Account balance at end of period | **$4,644.57** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                **NONE**

CHECK REGISTER

Receipts in this period
**NO DEPOSITS MADE IN THIS PERIOD**                **$0.00**

Disbursements in this period
**SEE INSERTION**                                    **$10,043.09**

**ATTACHMENT 4B**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning: **February 01, 2015**
And ending: **February 28, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

---

BANK NAME:  **Signature Bank**                    BRANCH:  **NY**

ACCOUNT NAME:  **Monogram Insured MMA**

ACCOUNT NUMBER:  **0077**

PURPOSE OF ACCOUNT:  **MMA**

| | |
|---|---:|
| Account balance at beginning of period | **$1,761.72** |
| PLUS:  Total receipts and transfers in | **$0.00** |
| LESS:  Total disbursements, transfers out, contra receipts and stopped checks | **$0.00** |
| LESS:  Service charges | **$0.00** |
| PLUS:  Interest earned | **$0.37** |
| Account balance at end of period | **$1,762.09** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                    **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                **NONE**

CHECK REGISTER

Receipts in this period
**NO DEPOSITS MADE IN THIS PERIOD**                    **$0.00**

Disbursements in this period
**NO CHECKS WRITTEN IN THIS PERIOD**                    **$0.00**

**ATTACHMENT 4C**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning: **February 01, 2015**
And ending: **February 28, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

BANK NAME: **CitiCard**                                    BRANCH: **NY**

ACCOUNT NAME: **CitiCard**

ACCOUNT NUMBER: **0486**

PURPOSE OF ACCOUNT: **Other**

| | |
|---|---:|
| Account balance at beginning of period | **($14,149.65)** |
| PLUS: Total receipts and transfers in | **$0.00** |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | **$5,471.97** |
| LESS: Service charges | **$139.54** |
| PLUS: Interest earned | **$0.00** |
| Account balance at end of period | **($19,761.16)** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                                    **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                          **NONE**

<u>CHECK REGISTER</u>

<u>Receipts in this period</u>
**NO DEPOSITS MADE IN THIS PERIOD**                                    **$0.00**

<u>Disbursements in this period</u>
**SEE INSERTION**                                                             **$5,471.97**

**ATTACHMENT 4D**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning: **February 01, 2015**
And ending: **February 28, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

---

BANK NAME:  **CitiCard**                              BRANCH:  **NY**

ACCOUNT NAME:  **CitiCard**

ACCOUNT NUMBER:  **8781**

PURPOSE OF ACCOUNT:  **Other**

| | |
|---|---:|
| Account balance at beginning of period | **($14,737.59)** |
| PLUS:  Total receipts and transfers in | **$0.00** |
| LESS:  Total disbursements, transfers out, contra receipts and stopped checks | **$0.00** |
| LESS:  Service charges | **$0.00** |
| PLUS:  Interest earned | **$0.00** |
| Account balance at end of period | **($14,737.59)** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                              **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                              **NONE**

<u>CHECK REGISTER</u>

<u>Receipts in this period</u>
**NO DEPOSITS MADE IN THIS PERIOD**                              **$0.00**

<u>Disbursements in this period</u>
**NO CHECKS WRITTEN IN THIS PERIOD**                              **$0.00**

**ATTACHMENT 4E**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning: **February 01, 2015**
And ending: **February 28, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

---

BANK NAME: **Empire National Bank**                    BRANCH: **NY**

ACCOUNT NAME: **Checking Account**

ACCOUNT NUMBER: **3270**

PURPOSE OF ACCOUNT: **Operating**

| | |
|---|---:|
| Account balance at beginning of period | **$533,601.74** |
| PLUS: Total receipts and transfers in | **$0.00** |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | **$149,064.83** |
| LESS: Service charges | **$1,260.46** |
| PLUS: Interest earned | **$0.00** |
| Account balance at end of period | **$383,276.45** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                    **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                    **NONE**

<u>CHECK REGISTER</u>

<u>Receipts in this period</u>
**NO DEPOSITS MADE IN THIS PERIOD**                    **$0.00**

<u>Disbursements in this period</u>
**SEE INSERTION**                    **$149,064.83**

**ATTACHMENT 5**

**MONTHLY TAX REPORT**

For period beginning:    **February 01, 2015**
And ending:    **February 28, 2015**

Name of debtor:    **Sonja Tremont-Morgan**
Date of filing:    **November 17, 2010**
Case number:    **10-16132-SCC**

## TAXES PAID DURING THE PERIOD

Report all postpetition taxes paid during the current period.

| Date | Taxing authority | Description | Amount |
|------|------------------|-------------|--------|
| **NONE** | | | **$0.00** |

## TAXES OWED AND DUE

Report all UNPAID postpetition taxes including Federal and State withholding FICA, state sales tax, property tax, unemployment tax, and State Worker's Compensation.

| Date | Taxing Authority | Description | Amount |
|------|------------------|-------------|--------|
| **NONE** | | | **$0.00** |

## ATTACHMENT 6

### SUMMARY OF INSURANCE COVERAGES

For period beginning:  **February 01, 2015**
And ending:           **February 28, 2015**

Name of debtor:   **Sonja Tremont-Morgan**
Date of filing:   **November 17, 2010**
Case number:     **10-16132-SCC**

_____

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, automobile, health and life.

| Coverage Type, Carrier & Policy Number | Agent Name & Phone | Expiration Date | Premium Due Date |
|---|---|---|---|
| **NONE** | | | |

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION AND PERSONNEL

For period beginning: **February 01, 2015**
And ending: **February 28, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

### SUMMARY OF OFFICER OR OWNER COMPENSATION

Report all compensation received during the month.  Do not include reimbursement for expenses incurred for which you have receipts.

| Name of Officer or Owner | Title | Amount Paid |
|---|---|---|
| **NONE** | | **$0.00** |

### PERSONNEL REPORT

| | FULL TIME | PART TIME |
|---|---|---|
| Number of employees at beginning of period | **0** | **0** |
| Number hired during period | **0** | **0** |
| Number terminated or resigned during period | **0** | **0** |
| Number of employees at end of period | **0** | **0** |

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

For period beginning:  **February 01, 2015**
And ending:          **February 28, 2015**

Name of debtor:       **Sonja Tremont-Morgan**
Date of filing:        **November 17, 2010**
Case number:          **10-16132-SCC**

---

**On June 15, 2011, an order was signed directing Substantive Consolidation of Stam LLC under case no. 10-16132, Sonya Tremont-Morgan.**

**On May 31, 2013, order approving the appointment of Chapter 11 Trustee, Ian J. Gazes.**

**On December 18, 2014, was the confirmation hearing.**

**On February 2, 2015, the order was signed regarding Confirming Debtors' Unified Chapter 11 Plan.**

**Debtor:**        **Sonja Tremont-Morgan**
**Case No.**      **10-16132**
**Reporting Period: 02/01/15 – 02/28/15**

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-16132
Case Name: SONJA TREMONT-MORGAN

Taxpayer ID No: XX-XXX7646
For Period Ending: 04/20/2015

Trustee Name: IAN J. GAZES (CHAPTER 11 TRUSTEE)
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXXX3270
Checking Account (Non-Interest Earn

Blanket Bond (per case limit):
Separate Bond (if applicable): $8,100,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/15 | 1157 | CHICAGO TITLE INSURANCE COMPANY 711 3RD AVENUE5TH FLOORNEW YORK, NEW YORK 10017-4014ATTN: MARIO VARANO | CUST#6256576-000 | 6990-00 | | $1,519.90 | $549,005.29 |
| 01/09/15 | 1158 | TREMONT-MORGAN, SONJA 162 EAST 63RD STREETNEW YORK, NY  10065 | REPLENISHMENT FUND | 6950-00 | | $15,000.00 | $534,005.29 |
| 01/20/15 | 1159 | AAA ELECTRONIC SOUND REPORTERS 1133 BROADWAYSUITE 706NEW YORK, NY 10010 | DOCKET# 10-16132 HD 12/18/14 | 6990-00 | | $403.55 | $533,601.74 |
| 02/02/15 | | Empire National Bank | BANK SERVICE FEE | 2600-00 | | $1,260.46 | $532,341.28 |
| 02/04/15 | 1160 | NYC BROWNSTONE, INC. 611 LONG HILL ROADBRIARCLIFF MANOR, NY 10510 | INV#5049  10/01/14 162 E. 63RD | 6990-00 | | $1,457.00 | $530,884.28 |
| 02/04/15 | 1161 | BREDIN PRAT Attention: Kate Romain130, rue du Faubourg Saint-Honoré75008 ParisFRANCE | PER COURT ORDER 01/28/15 | | | $11,279.15 | $519,605.13 |
| | | BREDIN PRAT | PER COURT ORDER          ($10,763.45) | 3210-00 | | | |
| | | BREDIN PRAT | PER COURT ORDER          ($515.70) | 3220-00 | | | |
| 02/04/15 | 1162 | ZUCKER FORENSICS 1801 N, MILITARY TRAILSUITE 160BOCA RATON, FLORIDA 33431Attn: HYLTON WYNICK | per court order  01/28/15 | | | $78,374.81 | $441,230.32 |
| | | ZUCKER FORENSICS | per court order  01/28/15          ($78,238.00) | 3410-00 | | | |
| | | ZUCKER FORENSICS | per court order  01/28/15          ($136.81) | 3420    -00 | | | |
| 02/04/15 | 1163 | YIP 1001 Yamoto Road, Suite 301Boca Raton Florida 33431ATTN: HYLTON WINNICK | PER COURT ORDER 01/28/15 | | | $53,266.90 | $387,963.42 |
| | | YIP | PER COURT ORDER          ($53,235.00) 01/28/15 | 3410-00 | | | |

Page Subtotals:                                                                                                          $0.00          $162,561.77

10-16132-scc   Doc 582   Filed 05/06/15   Entered 05/06/15 17:28:42   Main Document

FORM 2

Page 20 of 25

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-16132

Case Name: SONJA TREMONT-MORGAN

Taxpayer ID No: XX-XXX7646

For Period Ending: 04/20/2015

Trustee Name: IAN J. GAZES (CHAPTER 11 TRUSTEE)

Bank Name: EmpireNationalBank

Account Number/CD#: XXXXXX3270

Checking Account (Non-Interest Earn

Blanket Bond (per case limit):

Separate Bond (if applicable): $8,100,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | YIP | PER COURT ORDER ($31.90) 01/28/15 | 3420  -00 | | | |
| 02/13/15 | 1164 | CONSOLIDATED EDISON JAFF STATIONPO BOX 1702NEW YORK, NY 10116-1702 | ACT#42-6127-0585-0004-9 12/11/14 STAM LLC. 162 E. 63RD STREET | 6950-00 | | $1,089.12 | $386,874.30 |
| 02/26/15 | 1165 | CONSOLIDATED EDISON JAFF STATIONPO BOX 1702NEW YORK, NY 10116-1702 | ACT#42-6127-0585-0004-9 02/11/15 STAM LLC. 162 E. 63RD STREET | 6950-00 | | $1,454.07 | $385,420.23 |
| 02/26/15 | 1166 | PARISH OIL CO., INC. PO BOX 336MONTROSE, COLORADO 81402 | | 0000-00 | | $1,953.78 | $383,466.45 |
| 02/27/15 | 1167 | PLACE FOR ACHIEVING TOTAL HEALTH MEDICAL, PC304 PARK AVANUE SOUTH, 6TH FLOORNEW YORK, NEW YORK 10010-4312 | 09/22/14 | 6950-00 | | $190.00 | $383,276.45 |
| 03/02/15 | | Empire National Bank | BANK SERVICE FEE | 2600-00 | | $676.41 | $382,600.04 |
| 03/11/15 | 1168 | CITI CARDS PROCESSING CENTERDES MOINES, IA 50363-0005 | VALERIE BERGSTEIN CARD ENDING-6397 1/14/15- 02/12/15 | 6950-00 | | $14,050.53 | $368,549.51 |
| 03/11/15 | 1169 | TREMONT-MORGAN, SONJA 162 EAST 63RD STREETNEW YORK, NY  10065 | REPLENISHMENT FUND | 6950-00 | | $20,000.00 | $348,549.51 |
| 03/11/15 | 1170 | OTIS ELEVATOR COMPANY 1 FARM SPRINGS RD.FARMINGTON, CT 06032 | CUST.#655677  01/20/15 | 6990-00 | | $2,798.79 | $345,750.72 |
| 04/01/15 | 1171 | CONSOLIDATED EDISON JAFF STATIONPO BOX 1702NEW YORK, NY 10116-1702 | ACT#42-6127-0585-0004-9 03/13/15 STAM LLC. 162 E. 63RD STREET | 6950-00 | | $1,424.04 | $344,326.68 |
| 04/01/15 | 1172 | PALLANTE PLUMBING & HEATING LLC P.O.BOX 209PLACERVILLE, COLO 81430 | IV#17207  12/22/14 | 6990-00 | | $975.00 | $343,351.68 |
| 04/01/15 | 1173 | HUGHES HUBBARD & REED LLP, One Battery Park PlazaNew York, NY 10004-1482ATTN:Kathryn Coleman |Partner | PER COURT ORDER 03/31/15 | 3210-00 | | $5,000.00 | $338,351.68 |

Page Subtotals: $0.00   $49,611.74

Chase
February 2015 Activity

| Date | Transaction Type | Num | Name | Split | Amount |
|------|------------------|-----|------|-------|--------|
| 02/17/2015 | Expense | | Sonja Tremont-Morgan | Cash Withdrawal by Debtor | -9,000.00 |
| | | | | **Cash Withdrawal by Debtor Total** | **-9,000.00** |
| 02/27/2015 | Check | 1539 | Jessica Osrow | Child Expense | -140.00 |
| | | | | **Child Expense Total** | **-140.00** |
| 02/27/2015 | Expense | | Seamless Ny | Food, Clothing, Hygiene | -21.18 |
| 02/09/2015 | Expense | | Townhouse Bar | Food, Clothing, Hygiene | -27.00 |
| 02/09/2015 | Expense | | Townhouse Bar | Food, Clothing, Hygiene | -18.00 |
| 02/09/2015 | Expense | | Townhouse Bar | Food, Clothing, Hygiene | -8.00 |
| 02/09/2015 | Expense | | Townhouse Bar | Food, Clothing, Hygiene | -35.00 |
| 02/05/2015 | Expense | | Blinglash | Food, Clothing, Hygiene | -125.40 |
| | | | | **Food, Clothing, Hygiene Total** | **-234.58** |
| 02/11/2015 | Check | 1481 | | Medical Expenses | -128.44 |
| | | | | **Medical Expenses Total** | **-128.44** |
| 02/12/2015 | Check | 1536 | NYC Dept of Finance | Other Taxes/Licenses | -500.00 |
| | | | | **Other Taxes/Licenses Total** | **-500.00** |
| 02/09/2015 | Expense | | Nyc Taxi F | Travel & Entertainment | -20.76 |
| 02/09/2015 | Expense | | NYC Taxi | Travel & Entertainment | -6.96 |
| 02/12/2015 | Expense | | Nyc Taxi G | Travel & Entertainment | -12.35 |
| | | | | **Travel & Entertainment Total** | **-40.07** |

Citi
February 2015 Activity

| Date | Transaction Type | Name | Split | Amount |
|------|------------------|------|-------|--------|
| 02/03/2015 | Expense | Mail Chimp | Advertising | 75.00 |
| | | | **Advertising Total** | 75.00 |
| 02/12/2015 | Expense | | Bank Charges | 136.78 |
| 02/12/2015 | Expense | | Bank Charges | 2.76 |
| | | | **Bank Charges Total** | 139.54 |
| 02/01/2015 | Expense | Netflix | Child Expense | 7.99 |
| 02/03/2015 | Expense | Victoria's Secret | Child Expense | 81.12 |
| 02/10/2015 | Expense | Victoria's Secret | Child Expense | 71.13 |
| 02/10/2015 | Expense | Victoria's Secret | Child Expense | 64.25 |
| 02/05/2015 | Expense | Itunes | Child Expense | 3.99 |
| 02/05/2015 | Credit Card Credit | | Child Expense | -0.62 |
| 02/10/2015 | Expense | Spotify | Child Expense | 10.09 |
| 02/24/2015 | Expense | Smiles Kids | Child Expense | 285.00 |
| | | | **Child Expense Total** | 522.95 |
| 02/03/2015 | Expense | Piada at the Plaza | Food, Clothing, Hygiene | 4.36 |
| 02/06/2015 | Expense | Wendy's | Food, Clothing, Hygiene | 19.67 |
| 02/06/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -19.67 |
| 02/06/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -1.49 |
| 02/06/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -3.85 |
| 02/06/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -2.17 |
| 02/06/2015 | Expense | 7-Eleven | Food, Clothing, Hygiene | 1.49 |
| 02/06/2015 | Expense | White Castle | Food, Clothing, Hygiene | 2.17 |
| 02/06/2015 | Expense | 7-Eleven | Food, Clothing, Hygiene | 3.85 |
| 02/07/2015 | Expense | McDonald's | Food, Clothing, Hygiene | 17.62 |
| 02/07/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -17.62 |
| 02/09/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -4.17 |
| 02/09/2015 | Expense | McDonald's | Food, Clothing, Hygiene | 1.30 |
| 02/09/2015 | Expense | McDonald's | Food, Clothing, Hygiene | 4.17 |
| 02/09/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -1.30 |
| 02/10/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -1.79 |
| 02/10/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -41.73 |
| 02/10/2015 | Expense | McDonald's | Food, Clothing, Hygiene | 41.73 |
| 02/10/2015 | Expense | McDonald's | Food, Clothing, Hygiene | 1.79 |
| 02/13/2015 | Expense | McDonald's | Food, Clothing, Hygiene | 19.58 |
| 02/19/2015 | Expense | | Food, Clothing, Hygiene | 8.66 |
| 02/24/2015 | Expense | | Food, Clothing, Hygiene | 13.75 |
| 02/27/2015 | Expense | | Food, Clothing, Hygiene | 11.25 |
| 02/27/2015 | Expense | | Food, Clothing, Hygiene | 9.15 |
| 02/01/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 23.76 |
| 02/02/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 69.35 |
| 02/03/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 54.95 |
| 02/03/2015 | Expense | The Health Nuts | Food, Clothing, Hygiene | 73.49 |
| 02/04/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 42.87 |
| 02/06/2015 | Expense | Lex Grocery | Food, Clothing, Hygiene | 21.23 |
| 02/08/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 41.10 |
| 02/09/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 42.01 |
| 02/10/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 79.77 |
| 02/12/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 45.59 |
| 02/14/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 107.98 |
| 02/16/2015 | Expense | Lex Grocery | Food, Clothing, Hygiene | 28.31 |
| 02/18/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 274.28 |
| 02/19/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 64.35 |
| 02/20/2015 | Expense | Lex Grocery | Food, Clothing, Hygiene | 14.84 |
| 02/20/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 77.29 |
| 02/24/2015 | Expense | | Food, Clothing, Hygiene | 250.00 |
| 02/25/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 79.60 |
| 02/26/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 81.11 |

Citi
February 2015 Activity

| Date | Transaction Type | Name | Split | Amount |
|---|---|---|---|---|
| 02/02/2015 | Expense | Donohues Steak House | Food, Clothing, Hygiene | 15.00 |
| 02/03/2015 | Expense | Eataly Restaurants | Food, Clothing, Hygiene | 4.46 |
| 02/03/2015 | Expense | Tartinery | Food, Clothing, Hygiene | 19.50 |
| 02/03/2015 | Expense | Corrado Bread Pastry | Food, Clothing, Hygiene | 16.53 |
| 02/05/2015 | Expense | Lilli Loo Restaurant | Food, Clothing, Hygiene | 23.58 |
| 02/05/2015 | Expense | Greek Kitchen | Food, Clothing, Hygiene | 43.00 |
| 02/05/2015 | Expense | Pret A Manger | Food, Clothing, Hygiene | 12.03 |
| 02/07/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 7.09 |
| 02/07/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 2.17 |
| 02/08/2015 | Expense | Agra Restaurant | Food, Clothing, Hygiene | 52.00 |
| 02/08/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 4.63 |
| 02/08/2015 | Expense | Fred's at Barneys | Food, Clothing, Hygiene | 69.70 |
| 02/08/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 4.19 |
| 02/09/2015 | Expense | Pret A Manger | Food, Clothing, Hygiene | 1.95 |
| 02/09/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -1.95 |
| 02/11/2015 | Expense | Lex Grocery | Food, Clothing, Hygiene | 8.48 |
| 02/11/2015 | Expense | Original Ray | Food, Clothing, Hygiene | 18.50 |
| 02/12/2015 | Expense | Brio | Food, Clothing, Hygiene | 68.55 |
| 02/12/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 4.84 |
| 02/13/2015 | Expense | | Food, Clothing, Hygiene | 28.08 |
| 02/13/2015 | Expense | Agra Restaurant | Food, Clothing, Hygiene | 31.00 |
| 02/14/2015 | Expense | Lex Grocery | Food, Clothing, Hygiene | 8.04 |
| 02/14/2015 | Expense | Nespresso | Food, Clothing, Hygiene | 30.93 |
| 02/14/2015 | Expense | Paris Match Bistro | Food, Clothing, Hygiene | 75.36 |
| 02/15/2015 | Expense | Lilli Loo Restaurant | Food, Clothing, Hygiene | 80.28 |
| 02/15/2015 | Expense | Corrado Bread Pastry | Food, Clothing, Hygiene | 6.25 |
| 02/15/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 9.37 |
| 02/16/2015 | Expense | | Food, Clothing, Hygiene | 20.07 |
| 02/18/2015 | Expense | Marche Madison | Food, Clothing, Hygiene | 10.89 |
| 02/18/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 4.90 |
| 02/18/2015 | Expense | Guys Restaurant | Food, Clothing, Hygiene | 13.00 |
| 02/19/2015 | Expense | Guys Restaurant | Food, Clothing, Hygiene | 47.95 |
| 02/20/2015 | Expense | Guys Restaurant | Food, Clothing, Hygiene | 14.00 |
| 02/23/2015 | Expense | Corrado Bread Pastry | Food, Clothing, Hygiene | 14.44 |
| 02/23/2015 | Expense | Grubhub Food Order | Food, Clothing, Hygiene | 48.44 |
| 02/23/2015 | Expense | Grubhub Food Order | Food, Clothing, Hygiene | 50.30 |
| 02/25/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 2.99 |
| 02/25/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 5.54 |
| 02/25/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 4.30 |
| 02/25/2015 | Expense | Corrado Bread Pastry | Food, Clothing, Hygiene | 6.00 |
| 02/27/2015 | Expense | Corrado Bread Pastry | Food, Clothing, Hygiene | 6.00 |
| 02/27/2015 | Expense | | Food, Clothing, Hygiene | 70.88 |
| 02/28/2015 | Expense | | Food, Clothing, Hygiene | 156.83 |
| 02/02/2015 | Expense | Spa Boutique | Food, Clothing, Hygiene | 16.50 |
| 02/03/2015 | Expense | Amour De Hair | Food, Clothing, Hygiene | 41.86 |
| 02/09/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -307.17 |
| 02/09/2015 | Expense | Duane Reade | Food, Clothing, Hygiene | 45.73 |
| 02/09/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -45.73 |
| 02/09/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -109.92 |
| 02/09/2015 | Expense | Walgreens | Food, Clothing, Hygiene | 307.17 |
| 02/09/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -17.62 |
| 02/09/2015 | Expense | Duane Reade | Food, Clothing, Hygiene | 17.62 |
| 02/09/2015 | Expense | Duane Reade | Food, Clothing, Hygiene | 109.92 |
| 02/09/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -31.99 |
| 02/09/2015 | Credit Card Credit | | Food, Clothing, Hygiene | -5.22 |
| 02/09/2015 | Expense | Walgreens | Food, Clothing, Hygiene | 5.22 |
| 02/09/2015 | Expense | Walgreens | Food, Clothing, Hygiene | 31.99 |

Citi
February 2015 Activity

| Date | Transaction Type | Name | Split | Amount |
|---|---|---|---|---|
| 02/14/2015 | Expense | Duane Reade | Food, Clothing, Hygiene | 8.16 |
| 02/17/2015 | Expense | Spa Boutique | Food, Clothing, Hygiene | 43.50 |
| 02/17/2015 | Expense | Amour De Hair | Food, Clothing, Hygiene | 10.47 |
| 02/25/2015 | Expense | Spa Boutique | Food, Clothing, Hygiene | 17.00 |
| 02/25/2015 | Expense | Amour De Hair | Food, Clothing, Hygiene | 41.86 |
| 02/27/2015 | Expense | Blinglash | Food, Clothing, Hygiene | 149.40 |
| 02/02/2015 | Expense | Paypal | Food, Clothing, Hygiene | 188.00 |
| | | | **Food, Clothing, Hygiene Total** | 3,175.47 |
| 02/03/2015 | Expense | Crate & Barrel | Household Expenses | 48.84 |
| 02/06/2015 | Expense | Smiley's | Household Expenses | 19.60 |
| | | | **Household Expenses Total** | 68.44 |
| 02/05/2015 | Expense | Sq Werner Chiropracti | Medical Expenses | 60.00 |
| 02/05/2015 | Expense | Pasteur Pharmacy | Medical Expenses | 10.00 |
| 02/05/2015 | Expense | Sq Peter Schell | Medical Expenses | 70.00 |
| 02/07/2015 | Expense | Pasteur Pharmacy | Medical Expenses | 10.00 |
| 02/19/2015 | Expense | Sq Peter Schell | Medical Expenses | 70.00 |
| 02/19/2015 | Expense | Sq Werner Chiropracti | Medical Expenses | 60.00 |
| 02/25/2015 | Expense | Pasteur Pharmacy | Medical Expenses | 29.89 |
| 02/26/2015 | Expense | Pasteur Pharmacy | Medical Expenses | 80.00 |
| | | | **Medical Expenses Total** | 389.89 |
| 02/02/2015 | Expense | Intuit | Office Supplies & Expenses | 43.50 |
| 02/04/2015 | Expense | Legalzoom Advantage Pl | Office Supplies & Expenses | 29.99 |
| 02/09/2015 | Credit Card Credit | | Office Supplies & Expenses | -6.44 |
| 02/09/2015 | Expense | USPS | Office Supplies & Expenses | 6.44 |
| 02/10/2015 | Expense | Pacer | Office Supplies & Expenses | 78.80 |
| 02/24/2015 | Expense | | Office Supplies & Expenses | 99.00 |
| 02/24/2015 | Expense | Staples | Office Supplies & Expenses | 14.55 |
| | | | **Office Supplies & Expenses Total** | 265.84 |
| 02/17/2015 | Expense | AT&T | Telephone | 130.64 |
| 02/23/2015 | Expense | AT&T | Telephone | 545.12 |
| | | | **Telephone Total** | 675.76 |
| 02/02/2015 | Expense | Nyc Taxi J | Travel & Entertainment | 9.36 |
| 02/02/2015 | Expense | NYC Taxi | Travel & Entertainment | 13.56 |
| 02/02/2015 | Expense | Nyc Taxi G | Travel & Entertainment | 11.00 |
| 02/03/2015 | Expense | Astoria Taxi | Travel & Entertainment | 17.16 |
| 02/04/2015 | Credit Card Credit | | Travel & Entertainment | -6.24 |
| 02/04/2015 | Expense | Telegraphec | Travel & Entertainment | 6.24 |
| 02/05/2015 | Credit Card Credit | | Travel & Entertainment | -20.76 |
| 02/05/2015 | Expense | NYC Taxi | Travel & Entertainment | 20.76 |
| 02/05/2015 | Expense | Nyc Taxi C | Travel & Entertainment | 10.80 |
| 02/06/2015 | Credit Card Credit | | Travel & Entertainment | -6.35 |
| 02/06/2015 | Expense | Nyc Taxi P | Travel & Entertainment | 6.35 |
| 02/07/2015 | Expense | Uber | Travel & Entertainment | 21.29 |
| 02/09/2015 | Credit Card Credit | | Travel & Entertainment | -25.00 |
| 02/09/2015 | Expense | Nyc Taxi J | Travel & Entertainment | 26.76 |
| 02/09/2015 | Credit Card Credit | | Travel & Entertainment | -19.30 |
| 02/09/2015 | Expense | Nyc Taxi J | Travel & Entertainment | 14.15 |
| 02/09/2015 | Credit Card Credit | | Travel & Entertainment | -14.15 |
| 02/09/2015 | Credit Card Credit | | Travel & Entertainment | -26.76 |
| 02/09/2015 | Expense | VTS | Travel & Entertainment | 19.30 |
| 02/09/2015 | Expense | VTS | Travel & Entertainment | 25.00 |
| 02/10/2015 | Credit Card Credit | | Travel & Entertainment | -18.30 |
| 02/10/2015 | Expense | Nyc Taxi J | Travel & Entertainment | 17.80 |
| 02/10/2015 | Credit Card Credit | | Travel & Entertainment | -17.80 |
| 02/10/2015 | Expense | NYC SHL | Travel & Entertainment | 18.30 |
| 02/13/2015 | Expense | NYC Taxi | Travel & Entertainment | 6.96 |
| 02/13/2015 | Expense | Nyc Taxi J | Travel & Entertainment | 7.55 |

Citi
February 2015 Activity

| Date | Transaction Type | Name | Split | Amount |
|---|---|---|---|---|
| 02/14/2015 | Expense | | Travel & Entertainment | 26.71 |
| 02/15/2015 | Expense | | Travel & Entertainment | 8.00 |
| 02/15/2015 | Expense | | Travel & Entertainment | 14.53 |
| 02/19/2015 | Expense | NYC Taxi | Travel & Entertainment | 14.75 |
| 02/19/2015 | Expense | Nyc Taxi Yellow | Travel & Entertainment | 18.36 |
| 02/19/2015 | Expense | NYC Taxi | Travel & Entertainment | 11.15 |
| 02/19/2015 | Expense | | Travel & Entertainment | 13.02 |
| 02/20/2015 | Expense | NYC Taxi | Travel & Entertainment | 6.95 |
| 02/23/2015 | Expense | NYC Taxi | Travel & Entertainment | 6.96 |
| 02/24/2015 | Expense | NYC Taxi | Travel & Entertainment | 6.96 |
| 02/25/2015 | Expense | NYC Taxi | Travel & Entertainment | 15.96 |
| 02/25/2015 | Expense | NYC Taxi | Travel & Entertainment | 11.76 |
| 02/26/2015 | Expense | NYC Taxi | Travel & Entertainment | 8.76 |
| 02/26/2015 | Expense | NYC Taxi | Travel & Entertainment | 6.36 |
| 02/27/2015 | Expense | NYC Taxi | Travel & Entertainment | 14.16 |
| 02/27/2015 | Expense | NYC Taxi | Travel & Entertainment | 16.55 |
| | | | **Travel & Entertainment Total** | 298.62 |
| 02/06/2015 | Expense | Exxon | Vehicle Expenses | 40.00 |
| 02/06/2015 | Credit Card Credit | | Vehicle Expenses | -40.00 |
| | | | **Vehicle Expenses Total** | 0.00 |