# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
## New York Division

IN RE:
**Stam LLC**

        DEBTOR

CASE NUMBER: **10-16132**
JUDGE: **Shelley C. Chapman**
FEI NUMBER: **13-4159289**
IN PROCEEDINGS UNDER CHAPTER 11

# TRUSTEE'S PERIODIC FINANCIAL REPORT
## For The Period
## From: March 01, 2015   To: March 31, 2015

Comes now the Trustee for the above-named Debtor and files its Periodic Financial Reports in accordance with the guidelines established by the United States Trustee and FRBP 2015.

| /s/ Ian J. Gazes | 05/06/15 |
|---|---|
| **Ian J. Gazes** | **Date** |

**Chapter 11 Bankruptcy Trustee**
**151 Hudson St.**
**New York, NY 10013**

**(212) 765-9000**

**PERIODIC CASH FLOW REPORT**

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Stam LLC**
Date of filing: **January 10, 2011**
Case number: **10-16132**

|   |   |   | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---:|---:|
| 1. | CASH BALANCE AT BEGINNING OF PERIOD | | **$0.00** | **$1,692,169.50** |
| 2. | CASH RECEIPTS | | | |
|  | A | Cash Sales | $0.00 | $0.00 |
|  | B | Collections On Postpetition Accounts Receivable | $0.00 | $0.00 |
|  | C | Collections On Prepetition Accounts Receivable | $0.00 | $0.00 |
|  | D | OTHER RECEIPTS | | |
|  |   | 01  Transfers In From Other Accounts | $0.00 | $0.00 |
|  |   | 02  Sale Of Fixed Assets | $0.00 | $0.00 |
|  |   | 03  Interest Payments Received | $0.00 | $6,312.95 |
|  |   | 04  Prepetition Checks Voided After Filing | $0.00 | $0.00 |
|  |   | 05  Bank Accounts Not Previously Reported | $0.00 | $0.00 |
|  |   | 06  Income for services - filming (Contra) | $0.00 | $114,428.36 |
|  |   | 07  Transfer of funds to open up DIP acct (Contra) | $0.00 | $2,501.40 |
|  |   | 08  Transfer from Chase #6865 (Contra) | $0.00 | $93.61 |
|  |   | 09  Transfer from Chase #5565 (Contra) | $0.00 | $180,895.73 |
|  |   | 10  Write off o/s check #1043 to JMorgan (Contra) | $0.00 | $104.06 |
|  |   | 11  Chubb Ins reimburs from hurricane damage (Contra) | $0.00 | $116,480.92 |
|  |   | 12  2011 Tax Refunds (Fed 66,568 +NY 27,900) (Contra) | $0.00 | $94,468.00 |
|  | E | Contra Receipts | | |
|  |   | 01  Transfers Out To Other Accounts (Contra) | $0.00 | ($1,257,891.23) |
|  |   | 02  Returned Deposits (Contra) | $0.00 | $0.00 |
|  |   | 03  Cash Refunds (Contra) | $0.00 | $0.00 |
| 3. | TOTAL RECEIPTS (Sum of all line 2 entries) | | **$0.00** | **($742,606.20)** |
| 4. | TOTAL CASH AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | | **$0.00** | **$949,563.30** |

**PERIODIC CASH FLOW REPORT**

For period beginning:   **March 01, 2015**
And ending:             **March 31, 2015**

Name of debtor:   **Stam LLC**
Date of filing:   **January 10, 2011**
Case number:      **10-16132**

|   |   |   | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---:|---:|
| 5. | | DISBURSEMENTS | | |
|    | A | U.S. Trustee Quarterly Fees | $0.00 | $5,850.69 |
|    | B | Net Payroll | $0.00 | $0.00 |
|    | C | Payroll Taxes Paid | $0.00 | $0.00 |
|    | D | Sales and Use Taxes | $0.00 | $0.00 |
|    | E | Other Taxes/Licenses | $0.00 | $0.00 |
|    | F | Rent | $0.00 | $0.00 |
|    | G | Other Leases | $0.00 | $0.00 |
|    | H | Telephone/Beepers | $0.00 | $0.00 |
|    | I | Utilities | $0.00 | $6,336.25 |
|    | J | Travel & Entertainment | $0.00 | $11,557.96 |
|    | K | Vehicle Expenses | $0.00 | $2,025.00 |
|    | L | Office Supplies & Expenses | $0.00 | $0.00 |
|    | M | Advertising | $0.00 | $0.00 |
|    | N | Insurance | $0.00 | $6,660.34 |
|    | O | Purchases Of Fixed Assets | $0.00 | $0.00 |
|    | P | Purchases Of Inventory | $0.00 | $0.00 |
|    | Q | Supplies | $0.00 | $0.00 |
|    | R | Repairs & Maintenance | $0.00 | $5,177.14 |
|    | S | Payments To Secured Creditors | $0.00 | $0.00 |
|    | T | OTHER OPERATING EXPENSES | | |
|    |   | 01 Bank Charges | $0.00 | $0.00 |
|    |   | 02 Trustee Surety | $0.00 | $0.00 |
|    |   | 03 Freight | $0.00 | $0.00 |
|    |   | 04 Mortgage Payment(s) | $0.00 | $140,647.96 |
|    |   | 05 Medical Expenses | $0.00 | $2,783.24 |
|    |   | 06 Food, Clothing, Hygiene | $0.00 | $22,806.45 |
|    |   | 07 Taxes - Real Estate | $0.00 | $20,549.19 |
|    |   | 08 Taxes - Personal Property | $0.00 | $835.00 |
|    |   | 09 Taxes - Other | $0.00 | $251.25 |
|    |   | 10 Gifts | $0.00 | $500.00 |
|    |   | 11 Professional Fees | $0.00 | $234,103.73 |
|    |   | 12 AMEX Blue Credit Card Payment | $0.00 | $4,650.86 |
|    |   | 13 AMEX Credit Card Payment | $0.00 | $11,252.00 |
|    |   | 14 Tuition Payment | $0.00 | $38,000.00 |

## PERIODIC CASH FLOW REPORT

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Stam LLC**
Date of filing: **January 10, 2011**
Case number: **10-16132**

|   |   |   | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---:|---:|
| 5. | DISBURSEMENTS | | | |
|    | 15 | Chase Cardmember Service | $0.00 | $2,651.19 |
|    | 16 | Furniture | $0.00 | $3,244.54 |
|    | 17 | Business Expense (Bravo) | $0.00 | $3,889.35 |
|    | 18 | Payment to Bankruptcy Court | $0.00 | $650.00 |
|    | 19 | Violin Lesson | $0.00 | $450.00 |
|    | 20 | Reimburse for babysitters travel exp | $0.00 | $374.00 |
|    | 21 | Transfer to Chase #5565 | $0.00 | $312,553.48 |
|    | 22 | Nas-Coal | $0.00 | $125.00 |
|    | 23 | Transfer to Debtor in Possession acct | $0.00 | $16,638.68 |
| 6. | TOTAL DISBURSEMENTS (Sum of all line 5 entries) | | $0.00 | $854,563.30 |
| 7. | CASH BALANCE AT END OF PERIOD (Line 4 - Line 6) | | $0.00 | $95,000.00 |
|    | NET CHANGE IN CASH (Line 7 - Line 1) | | $0.00 | ($1,597,169.50) |

# BANK ACCOUNT SUMMARY

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Stam LLC**
Date of filing: **January 10, 2011**
Case number: **10-16132**

| | | |
|---|---|---:|
| Attachment 4A | **Checking** | $0.00 |
| Attachment 4B | **Savings** | $0.00 |
| | | $0.00 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___6th___ day of _____May_____, 2015

/s/ Ian J. Gazes
_____
**Ian J. Gazes, Chapter 11 Bankruptcy Trustee**
**(212) 765-9000**

# ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE AGING AND RECONCILIATION

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Stam LLC**
Date of filing: **January 10, 2011**
Case number: **10-16132**

| | |
|---|---|
| ACCOUNTS RECEIVABLE AT PETITION DATE | **$0.00** |

ACCOUNTS RECEIVABLE RECONCILIATION

| | |
|---|---|
| Accounts receivable balance at beginning of period | **$0.00** |
| PLUS: Current period new billings | **$0.00** |
| LESS: Collections during period | **$0.00** |
| PLUS: Adjustments | **$0.00** |
| Accounts receivable balance at end of period | **$0.00** |

AGING: (Show the total amount for each age group of accounts receivable.)

| | Current | 31-60 Days | 61-90 Days | Over 90 Days | TOTAL |
|---|---|---|---|---|---|
| Prepetition | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| Postpetition | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| Total Accounts Receivable | | | | | **$0.00** |

# ATTACHMENT 2

## MONTHLY ACCOUNTS PAYABLE AND SECURED CREDITOR PAYMENTS REPORT

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Stam LLC**
Date of filing: **January 10, 2011**
Case number: **10-16132**

ACCOUNTS PAYABLE RECONCILIATION (Postpetition only)

| | |
|---|---|
| Accounts payable balance at beginning of period | **$0.00** |
| PLUS: New indebtedness incurred this period | **$0.00** |
| LESS: Amount paid on prior accounts payable | **$0.00** |
| Accounts payable balance at end of period | $0.00 |

SECURED: List the status of payments to secured creditors and lessors (Postpetition only):

| Secured Creditor/Lessor | Payment Due Date | Number Of Payments Delinquent | Payment Due This Period | Amount Paid This Period | Total Payments Delinquent |
|---|---|---|---|---|---|
| **NONE** | | | | | $0.00 |

In the space below list all invoices or bills incurred and not paid since filing the bankruptcy petition.
Do not include amounts owed prior to filing the bankruptcy petition.

| Date Incurred | Days Outstanding | Vendor | Amount |
|---|---|---|---|
| **NONE** | | | $0.00 |

# ATTACHMENT 3

## INVENTORY AND FIXED ASSETS REPORT

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Stam LLC**
Date of filing: **January 10, 2011**
Case number: **10-16132**

### INVENTORY REPORT

| | |
|---|---:|
| INVENTORY OWNED BALANCE AT PETITION DATE: | **N/A** |
| INVENTORY RECONCILIATION: | |
|     Inventory owned balance at beginning of period | **N/A** |
|     PLUS:  Inventory purchased during period | **N/A** |
|     LESS:  Inventory used or sold during period | **N/A** |
|     PLUS:  Adjustments | **N/A** |
|     Inventory owned balance at end of period | **N/A** |
|     LESS:  Prepaid inventory not on hand | **N/A** |
|     Inventory on hand balance at end of period | **N/A** |

METHOD OF COSTING INVENTORY: **Not applicable**

### FIXED ASSET REPORT

| | |
|---|---:|
| FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:<br>(Includes property, plant and equipment) | **$0.00** |
| FIXED ASSETS RECONCILIATION: | |
|     Fixed assets balance at beginning of period | **$0.00** |
|     PLUS:  Fixed assets purchased during period | **$0.00** |
|     LESS:  Fixed assets disposed of/written off | **$0.00** |
|     LESS:  Depreciation expenses | **$0.00** |
|     PLUS:  Adjustments | **$0.00** |
|     Fixed assets balance at end of period | $0.00 |

**ATTACHMENT 4A**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Stam LLC**
Date of filing: **January 10, 2011**
Case number: **10-16132**

BANK NAME: **Chase**          BRANCH: **NY**

ACCOUNT NAME: **Checking**

ACCOUNT NUMBER: **4717**

PURPOSE OF ACCOUNT: **Other**

| | |
|---|---:|
| Account balance at beginning of period | **$0.00** |
| PLUS: Total receipts and transfers in | **$0.00** |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | **$0.00** |
| LESS: Service charges | **$0.00** |
| PLUS: Interest earned | **$0.00** |
| Account balance at end of period | $0.00 |

Number of first check written this period
Number of last check written this period

Total number of checks written this period          **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:          **NONE**

CHECK REGISTER

Receipts in this period
**NO DEPOSITS MADE IN THIS PERIOD**          $0.00

Disbursements in this period
**NO CHECKS WRITTEN IN THIS PERIOD**          $0.00

**ATTACHMENT 4B**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Stam LLC**
Date of filing: **January 10, 2011**
Case number: **10-16132**

BANK NAME:  **Chase**              BRANCH:  **NY**

ACCOUNT NAME:  **Savings**

ACCOUNT NUMBER:  **6327**

PURPOSE OF ACCOUNT:  **Savings**

| | |
|---|---:|
| Account balance at beginning of period | $0.00 |
| PLUS: Total receipts and transfers in | $0.00 |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | $0.00 |
| LESS: Service charges | $0.00 |
| PLUS: Interest earned | $0.00 |
| Account balance at end of period | $0.00 |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                          **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                **NONE**

CHECK REGISTER

Receipts in this period
**NO DEPOSITS MADE IN THIS PERIOD**                             $0.00

Disbursements in this period
**NO CHECKS WRITTEN IN THIS PERIOD**                            $0.00

## ATTACHMENT 5

## MONTHLY TAX REPORT

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Stam LLC**
Date of filing: **January 10, 2011**
Case number: **10-16132**

### TAXES PAID DURING THE PERIOD

Report all postpetition taxes paid during the current period.

| Date | Taxing authority | Description | Amount |
|---|---|---|---|
| **NONE** | | | **$0.00** |

### TAXES OWED AND DUE

Report all UNPAID postpetition taxes including Federal and State withholding FICA, state sales tax, property tax, unemployment tax, and State Worker's Compensation.

| Date | Taxing Authority | Description | Amount |
|---|---|---|---|
| **NONE** | | | **$0.00** |

## ATTACHMENT 6

## SUMMARY OF INSURANCE COVERAGES

For period beginning:  **March 01, 2015**
And ending:  **March 31, 2015**

Name of debtor:  **Stam LLC**
Date of filing:  **January 10, 2011**
Case number:  **10-16132**

___

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, automobile, health and life.

| Coverage Type, Carrier & Policy Number | Agent Name & Phone | Expiration Date | Premium Due Date |
|---|---|---|---|
| **NONE** | | | |

# ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION AND PERSONNEL

For period beginning:  **March 01, 2015**
And ending:  **March 31, 2015**

Name of debtor:  **Stam LLC**
Date of filing:  **January 10, 2011**
Case number:  **10-16132**

### SUMMARY OF OFFICER OR OWNER COMPENSATION

Report all compensation received during the month.  Do not include reimbursement for expenses incurred for which you have receipts.

| Name of Officer or Owner | Title | Amount Paid |
|---|---|---|
| **NONE** | | **$0.00** |

### PERSONNEL REPORT

| | FULL TIME | PART TIME |
|---|---|---|
| Number of employees at beginning of period | **0** | **0** |
| Number hired during period | **0** | **0** |
| Number terminated or resigned during period | **0** | **0** |
| Number of employees at end of period | 0 | 0 |

# ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

For period beginning:   **March 01, 2015**
And ending:             **March 31, 2015**

Name of debtor:   **Stam LLC**
Date of filing:   **January 10, 2011**
Case number:      **10-16132**

---

**On June 15, 2011, an order was signed directing Substantive Consolidation of Stam LLC under case no. 10-16132, Sonya Tremont-Morgan.**

**On May 31, 2013, order approving the appointment of Chapter 11 Trustee, Ian J. Gazes.**

**On December 18, 2014, was the confirmation hearing.**

**On February 2, 2015, the order was signed regarding Confirming Debtors' Unified Chapter 11 Plan.**

**Debtor:**     **Stam LLC**
**Case No.**     **10-16132**
**Reporting Period: 03/01/15 – 03/30/15**

## DEBTOR QUESTIONNAIRE

|  | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? |  | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? |  | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? |  | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? |  | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? |  | X |
| 6 | Are any post petition State or Federal income taxes past due? |  | X |
| 7 | Are any post petition real estate taxes past due? |  | X |
| 8 | Are any other post petition taxes past due? |  | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? |  | X |
| 10 | Are any amounts owed to post petition creditors delinquent? |  | X |
| 11 | Have any post petition loans been received by the Debtor from any party? |  | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? |  | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? |  | X |