# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
## New York Division

IN RE:
**Sonja Tremont-Morgan**
          DEBTOR

CASE NUMBER:  **10-16132-SCC**
JUDGE:  **Shelley C. Chapman**
FEI NUMBER: **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**
IN PROCEEDINGS UNDER CHAPTER 11

# TRUSTEE'S PERIODIC FINANCIAL REPORT
## For The Period
## From:  March 01, 2015   To:  March 31, 2015

Comes now the Trustee for the above-named Debtor and files its Periodic Financial Reports
in accordance with the guidelines established by the United States Trustee and FRBP 2015.


| /s/ Ian J. Gazes | 05/06/15 |
|---|---|

**Ian J. Gazes**          **Date**
**Chapter 11 Bankruptcy Trustee**
**151 Hudson St.**
**New York, NY 10013**

**212-765-9000**

## PERIODIC CASH FLOW REPORT

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

| | | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 1. | CASH BALANCE AT BEGINNING OF PERIOD | **$355,184.36** | **$1,840.67** |
| 2. | CASH RECEIPTS | | |
| A | Cash Sales | **$0.00** | **$0.00** |
| B | Collections On Postpetition Accounts Receivable | **$0.00** | **$0.00** |
| C | Collections On Prepetition Accounts Receivable | **$0.00** | **$0.00** |
| D | OTHER RECEIPTS | | |
| 01 | Transfers In From Other Accounts | **$34,050.53** | **$1,567,580.10** |
| 02 | Sale Of Fixed Assets | **$0.00** | **$0.00** |
| 03 | Interest Payments Received | **$0.37** | **$8.84** |
| 04 | Prepetition Checks Voided After Filing | **$0.00** | **$0.00** |
| 05 | Bank Accounts Not Previously Reported | **$0.00** | **$0.00** |
| 06 | Wages (Net) (Contra) | **$0.00** | **$1,258,337.96** |
| 07 | Interest and Dividend Income (Contra) | **$0.00** | **$6.56** |
| 08 | Alimony and Child Support (Contra) | **$0.00** | **$404,169.00** |
| 09 | Other Income (Contra) | **$0.00** | **$629,603.69** |
| 10 | Transfer from Stam LLC (Contra) | **$0.00** | **$1,202,703.69** |
| 11 | Cash Refund (Contra) | **$0.00** | **$35.48** |
| E | Contra Receipts | | |
| 01 | Transfers Out To Other Accounts (Contra) | **($34,050.53)** | **($1,538,810.58)** |
| 02 | Returned Deposits (Contra) | **$0.00** | **$0.00** |
| 03 | Cash Refunds (Contra) | **$0.00** | **$0.00** |
| 3. | TOTAL RECEIPTS (Sum of all line 2 entries) | **$0.37** | **$3,523,634.74** |
| 4. | TOTAL CASH AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | **$355,184.73** | **$3,525,475.41** |

## PERIODIC CASH FLOW REPORT

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

| | | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 5. | DISBURSEMENTS | | |
| A | U.S. Trustee Quarterly Fees | $0.00 | $25,350.54 |
| B | Net Payroll | $0.00 | $0.00 |
| C | Payroll Taxes  Paid | $0.00 | $0.00 |
| D | Sales and Use Taxes | $0.00 | $0.00 |
| E | Other Taxes/Licenses | $449.99 | $7,622.49 |
| F | Rent | $0.00 | $0.00 |
| G | Other Leases | $0.00 | $0.00 |
| H | Telephone/Beepers | $280.62 | $12,853.58 |
| I | Utilities | $561.12 | $71,149.86 |
| J | Travel & Entertainment | $945.40 | $59,899.75 |
| K | Vehicle Expenses | $0.00 | $38,654.50 |
| L | Office Supplies & Expenses | $297.02 | $9,753.92 |
| M | Advertising | $75.00 | $4,918.39 |
| N | Insurance | $0.00 | $141,197.04 |
| O | Purchases Of Fixed Assets | $0.00 | $0.00 |
| P | Purchases Of Inventory | $0.00 | $0.00 |
| Q | Supplies | $0.00 | $0.00 |
| R | Repairs & Maintenance | $3,498.79 | $185,114.19 |
| S | Payments To Secured Creditors | $0.00 | $0.00 |
| T | OTHER OPERATING EXPENSES | | |
| 01 | Bank Charges | $910.19 | $21,017.39 |
| 02 | Trustee Surety | $0.00 | $0.00 |
| 03 | Freight | $0.00 | $0.00 |
| 04 | Mortgage Payment(s) | $0.00 | $211,582.41 |
| 05 | Medical Expenses | $333.13 | $45,695.33 |
| 06 | Food, Clothing, Hygiene | $3,428.79 | $174,587.50 |
| 07 | Charitable Contributions | $0.00 | $3,550.00 |
| 08 | Taxes - Real Estate | $0.00 | $186,248.95 |
| 09 | Taxes - Personal Property | $0.00 | $624.87 |
| 10 | Taxes - Other | $0.00 | $2,383.60 |
| 11 | Gifts | $0.00 | $5,920.19 |
| 12 | Other | $0.00 | $410,999.76 |
| 13 | Professional Fees | $335.00 | $1,248,092.59 |
| 14 | Other Reorganization Expenses | $0.00 | ($2,500.00) |

## PERIODIC CASH FLOW REPORT

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

| | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 5. DISBURSEMENTS | | |
| 15 Child Expense | **$198.05** | **$101,091.42** |
| 16 Cash Withdrawal by Debtor | **$645.20** | **$129,530.84** |
| 17 Membership Fees | **$385.00** | **$4,838.45** |
| 18 Pet Expense | **$46.48** | **$3,913.69** |
| 19 Subcontractors | **$0.00** | **$755.45** |
| 20 Bond Premium | **$0.00** | **$24,631.00** |
| 21 Asset Acquisition | **$0.00** | **$1,500.00** |
| 22 Taxes - Income Tax | **$0.00** | **$49,375.91** |
| 23 Household Expenses | **$462.92** | **$2,789.77** |
| 6. TOTAL DISBURSEMENTS (Sum of all line 5 entries) | **$12,852.70** | **$3,183,143.38** |
| 7. CASH BALANCE AT END OF PERIOD (Line 4 - Line 6) | **$342,332.03** | **$342,332.03** |
| NET CHANGE IN CASH (Line 7 - Line 1) | **($12,852.33)** | **$340,491.36** |

## BANK ACCOUNT SUMMARY

For period beginning:   **MARCH 01, 2015**
And ending:   **MARCH 31, 2015**

Name of debtor:   **Sonja Tremont-Morgan**
Date of filing:   **November 17, 2010**
Case number:   **10-16132-SCC**

| | | |
|---|---|---:|
| Attachment 4A | **DIP** | **$22,144.83** |
| Attachment 4B | **Monogram Insured MMA** | **$1,762.46** |
| Attachment 4C | **CitiCard** | **($12,588.39)** |
| Attachment 4D | **CitiCard** | **($14,737.59)** |
| Attachment 4E | **Checking Account** | **$345,750.72** |
| | | **$342,332.03** |

I declare under penalty of perjury that this statement and the accompanying documents
and reports are true and correct to the best of my knowledge and belief.

This _____6th_____ day of _____May_____, 2015

/s/ Ian J. Gazes
_____
**Ian J. Gazes, Chapter 11 Bankruptcy Trustee**
**212-765-9000**

## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE AGING AND RECONCILIATION

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

| | |
|---|---|
| ACCOUNTS RECEIVABLE AT PETITION DATE | **$0.00** |

ACCOUNTS RECEIVABLE RECONCILIATION

| | |
|---|---|
| Accounts receivable balance at beginning of period | **$0.00** |
| PLUS: Current period new billings | **$0.00** |
| LESS: Collections during period | **$0.00** |
| PLUS: Adjustments | **$0.00** |
| Accounts receivable balance at end of period | **$0.00** |

AGING: (Show the total amount for each age group of accounts receivable.)

| | Current | 31-60 Days | 61-90 Days | Over 90 Days | TOTAL |
|---|---|---|---|---|---|
| Prepetition | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| Postpetition | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| Total Accounts Receivable | | | | | **$0.00** |

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED CREDITOR PAYMENTS REPORT**

For period beginning:    **March 01, 2015**
And ending:              **March 31, 2015**

Name of debtor:          **Sonja Tremont-Morgan**
Date of filing:          **November 17, 2010**
Case number:             **10-16132-SCC**

ACCOUNTS PAYABLE RECONCILIATION (Postpetition only)

| | |
|---|---|
| Accounts payable balance at beginning of period | **$0.00** |
| PLUS:  New indebtedness incurred this period | **$0.00** |
| LESS:  Amount paid on prior accounts payable | **$0.00** |
| Accounts payable balance at end of period | **$0.00** |

SECURED: List the status of payments to secured creditors and lessors (Postpetition only):

| Secured Creditor/Lessor | Payment Due Date | Number Of Payments Delinquent | Payment Due This Period | Amount Paid This Period | Total Payments Delinquent |
|---|---|---|---|---|---|
| **NONE** | | | | | **$0.00** |

In the space below list all invoices or bills incurred and not paid since filing the bankruptcy petition.
Do not include amounts owed prior to filing the bankruptcy petition.

| Date Incurred | Days Outstanding | Vendor | Amount |
|---|---|---|---|
| **NONE** | | | **$0.00** |

## ATTACHMENT 3

### INVENTORY AND FIXED ASSETS REPORT

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

---

### INVENTORY REPORT

INVENTORY OWNED BALANCE AT PETITION DATE: **N/A**

INVENTORY RECONCILIATION:

| | |
|---|---:|
| Inventory owned balance at beginning of period | **N/A** |
| PLUS: Inventory purchased during period | **N/A** |
| LESS: Inventory used or sold during period | **N/A** |
| PLUS: Adjustments | **N/A** |
| Inventory owned balance at end of period | **N/A** |
| LESS: Prepaid inventory not on hand | **N/A** |
| Inventory on hand balance at end of period | **N/A** |

METHOD OF COSTING INVENTORY: **Not applicable**

---

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: **$0.00**
(Includes property, plant and equipment)

FIXED ASSETS RECONCILIATION:

| | |
|---|---:|
| Fixed assets balance at beginning of period | **$0.00** |
| PLUS: Fixed assets purchased during period | **$0.00** |
| LESS: Fixed assets disposed of/written off | **$0.00** |
| LESS: Depreciation expenses | **$0.00** |
| PLUS: Adjustments | **$0.00** |
| Fixed assets balance at end of period | **$0.00** |

**ATTACHMENT 4A**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

BANK NAME: **Chase**                    BRANCH: **NY**

ACCOUNT NAME: **DIP**

ACCOUNT NUMBER: **5565**

PURPOSE OF ACCOUNT: **DIP**

| | |
|---|---|
| Account balance at beginning of period | **$4,644.57** |
| PLUS: Total receipts and transfers in | **$20,000.00** |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | **$2,461.79** |
| LESS: Service charges | **$37.95** |
| PLUS: Interest earned | **$0.00** |
| Account balance at end of period | **$22,144.83** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                    **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                    **NONE**

CHECK REGISTER

Receipts in this period
**SEE INSERTION**                                        **$20,000.00**

Disbursements in this period
**SEE INSERTION**                                        **$2,461.79**

## ATTACHMENT 4B

## MONTHLY BANK ACCOUNT RECONCILIATION

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

---

BANK NAME: **Signature Bank**                           BRANCH: **NY**

ACCOUNT NAME: **Monogram Insured MMA**

ACCOUNT NUMBER: **0077**

PURPOSE OF ACCOUNT: **MMA**

| | |
|---|---:|
| Account balance at beginning of period | **$1,762.09** |
| PLUS: Total receipts and transfers in | **$0.00** |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | **$0.00** |
| LESS: Service charges | **$0.00** |
| PLUS: Interest earned | **$0.37** |
| Account balance at end of period | **$1,762.46** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                           **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                           **NONE**

CHECK REGISTER

Receipts in this period
**NO DEPOSITS MADE IN THIS PERIOD**                           **$0.00**

Disbursements in this period
**NO CHECKS WRITTEN IN THIS PERIOD**                           **$0.00**

### ATTACHMENT 4C

### MONTHLY BANK ACCOUNT RECONCILIATION

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

BANK NAME: **CitiCard**                                          BRANCH: **NY**

ACCOUNT NAME: **CitiCard**

ACCOUNT NUMBER: **0486**

PURPOSE OF ACCOUNT: **Other**

| | |
|---|---:|
| Account balance at beginning of period | **($19,761.16)** |
| PLUS: Total receipts and transfers in | **$14,050.53** |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | **$6,681.93** |
| LESS: Service charges | **$195.83** |
| PLUS: Interest earned | **$0.00** |
| Account balance at end of period | **($12,588.39)** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                                          **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                                          **NONE**

CHECK REGISTER

Receipts in this period
**SEE INSERTION**                                                                 **$14,050.53**

Disbursements in this period
**SEE INSERTION**                                                                 **$6,681.93**

**ATTACHMENT 4D**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning:    **March 01, 2015**
And ending:              **March 31, 2015**

Name of debtor:     **Sonja Tremont-Morgan**
Date of filing:     **November 17, 2010**
Case number:        **10-16132-SCC**

---

BANK NAME:  **CitiCard**                          BRANCH:  **NY**

ACCOUNT NAME:  **CitiCard**

ACCOUNT NUMBER:  **8781**

PURPOSE OF ACCOUNT:  **Other**

| | |
|---|---:|
| Account balance at beginning of period | **($14,737.59)** |
| PLUS:  Total receipts and transfers in | **$0.00** |
| LESS:  Total disbursements, transfers out, contra receipts and stopped checks | **$0.00** |
| LESS:  Service charges | **$0.00** |
| PLUS:  Interest earned | **$0.00** |
| Account balance at end of period | **($14,737.59)** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                          **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                    **NONE**

<u>CHECK REGISTER</u>

<u>Receipts in this period</u>
**NO DEPOSITS MADE IN THIS PERIOD**                               **$0.00**

<u>Disbursements in this period</u>
**NO CHECKS WRITTEN IN THIS PERIOD**                            **$0.00**

## ATTACHMENT 4E

### MONTHLY BANK ACCOUNT RECONCILIATION

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

---

BANK NAME: **Empire National Bank**                    BRANCH: **NY**

ACCOUNT NAME: **Checking Account**

ACCOUNT NUMBER: **3270**

PURPOSE OF ACCOUNT: **Operating**

| | |
|---|---:|
| Account balance at beginning of period | **$383,276.45** |
| PLUS: Total receipts and transfers in | **$0.00** |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | **$36,849.32** |
| LESS: Service charges | **$676.41** |
| PLUS: Interest earned | **$0.00** |
| Account balance at end of period | **$345,750.72** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                    **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                    **NONE**

<u>CHECK REGISTER</u>

<u>Receipts in this period</u>
**NO DEPOSITS MADE IN THIS PERIOD**                    **$0.00**

<u>Disbursements in this period</u>
**SEE INSERTION**                    **$36,849.32**

**ATTACHMENT 5**

**MONTHLY TAX REPORT**

For period beginning:    **March 01, 2015**
And ending:             **March 31, 2015**

Name of debtor:    **Sonja Tremont-Morgan**
Date of filing:      **November 17, 2010**
Case number:        **10-16132-SCC**

## TAXES PAID DURING THE PERIOD

Report all postpetition taxes paid during the current period.

| Date | Taxing authority | Description | Amount |
|------|------------------|-------------|--------|
| **NONE** | | | $0.00 |

## TAXES OWED AND DUE

Report all UNPAID postpetition taxes including Federal and State withholding FICA, state sales tax, property tax, unemployment tax, and State Worker's Compensation.

| Date | Taxing Authority | Description | Amount |
|------|------------------|-------------|--------|
| **NONE** | | | $0.00 |

## ATTACHMENT 6

### SUMMARY OF INSURANCE COVERAGES

For period beginning: **March 01, 2015**
And ending: **March 31, 2015**

Name of debtor: **Sonja Tremont-Morgan**
Date of filing: **November 17, 2010**
Case number: **10-16132-SCC**

---

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, automobile, health and life.

| Coverage Type, Carrier & Policy Number | Agent Name & Phone | Expiration Date | Premium Due Date |
|---|---|---|---|
| **NONE** | | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION AND PERSONNEL**

For period beginning:   **March 01, 2015**
And ending:                **March 31, 2015**

Name of debtor:         **Sonja Tremont-Morgan**
Date of filing:            **November 17, 2010**
Case number:            **10-16132-SCC**

SUMMARY OF OFFICER OR OWNER COMPENSATION

Report all compensation received during the month.  Do not include reimbursement for expenses
incurred for which you have receipts.

| Name of Officer or Owner | Title | Amount Paid |
|---|---|---|
| **NONE** | | **$0.00** |

PERSONNEL REPORT

| | FULL TIME | PART TIME |
|---|---|---|
| Number of employees at beginning of period | **0** | **0** |
| Number hired during period | **0** | **0** |
| Number terminated or resigned during period | **0** | **0** |
| Number of employees at end of period | **0** | **0** |

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

For period beginning:  **March 01, 2015**
And ending:           **March 31, 2015**

Name of debtor:       **Sonja Tremont-Morgan**
Date of filing:        **November 17, 2010**
Case number:          **10-16132-SCC**

**On June 15, 2011, an order was signed directing Substantive Consolidation of Stam LLC under case no. 10-16132, Sonya Tremont-Morgan.**

**On May 31, 2013, order approving the appointment of Chapter 11 Trustee, Ian J. Gazes.**

**On December 18, 2014, was the confirmation hearing.**

**On February 2, 2015, the order was signed regarding Confirming Debtors' Unified Chapter 11 Plan.**

**Debtor:**      **Sonja Tremont-Morgan**
**Case No.      10-16132**
**Reporting Period: 03/01/15 – 03/30/15**

## DEBTOR QUESTIONNAIRE

|  | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

Chase
March 2015 Activity

| Date | Transaction Type | Num | Name | Split | Amount |
|------|-----------------|-----|------|-------|--------|
| 03/17/2015 | Expense | | | Bank Charges | -27.95 |
| 03/23/2015 | Expense | | | Bank Charges | -5.00 |
| 03/23/2015 | Expense | | | Bank Charges | -5.00 |
| | | | | **Bank Charges Total** | **-37.95** |
| 03/23/2015 | Expense | | | Cash Withdrawal by Debtor | -322.60 |
| 03/23/2015 | Expense | | | Cash Withdrawal by Debtor | -322.60 |
| | | | | **Cash Withdrawal by Debtor Total** | **-645.20** |
| 03/10/2015 | Expense | | Polo Ralph Lauren | Child Expense | -22.99 |
| 03/06/2015 | Expense | | Paradies | Child Expense | -7.93 |
| 03/06/2015 | Expense | | Paradies | Child Expense | -8.41 |
| 03/16/2015 | Expense | | Itunes | Child Expense | -0.99 |
| 03/16/2015 | Expense | | Hudson News | Child Expense | -32.33 |
| 03/18/2015 | Expense | | Itunes | Child Expense | -47.88 |
| 03/19/2015 | Expense | | Itunes | Child Expense | -8.99 |
| 03/19/2015 | Expense | | Itunes | Child Expense | -3.13 |
| 03/24/2015 | Expense | | Itunes | Child Expense | -9.99 |
| 03/30/2015 | Expense | | Itunes | Child Expense | -10.95 |
| 03/30/2015 | Expense | | Itunes | Child Expense | -18.96 |
| 03/09/2015 | Expense | | Bee Organics | Child Expense | -7.42 |
| | | | | **Child Expense Total** | **-179.97** |
| 03/02/2015 | Expense | | Seamless Ny | Food, Clothing, Hygiene | -39.63 |
| 03/16/2015 | Expense | | Hendrix | Food, Clothing, Hygiene | -30.88 |
| 03/16/2015 | Expense | | Juice Press | Food, Clothing, Hygiene | -32.97 |
| 03/16/2015 | Expense | | Hendrix | Food, Clothing, Hygiene | -7.73 |
| 03/02/2015 | Expense | | Original Ray's | Food, Clothing, Hygiene | -4.50 |
| 03/09/2015 | Expense | | Cucina Dell | Food, Clothing, Hygiene | -10.00 |
| 03/16/2015 | Expense | | Starbucks | Food, Clothing, Hygiene | -18.31 |
| | | | | **Food, Clothing, Hygiene Total** | **-144.02** |
| 03/16/2015 | Check | 1487 | Allied Plumbing | Household Expenses | -85.00 |
| | | | | **Household Expenses Total** | **-85.00** |
| 03/16/2015 | Expense | | Clydes | Medical Expenses | -30.44 |
| | | | | **Medical Expenses Total** | **-30.44** |
| 03/16/2015 | Expense | | Intuit | Office Supplies & Expenses | -43.50 |
| | | | | **Office Supplies & Expenses Total** | **-43.50** |
| 03/09/2015 | Check | 1484 | Delaware Secretary | Other Taxes/Licenses | -300.00 |
| 03/16/2015 | Check | 1488 | Commissioner of Taxation | Other Taxes/Licenses | -149.99 |
| | | | | **Other Taxes/Licenses Total** | **-449.99** |
| 03/04/2015 | Check | 1483 | City of NY Dept of Health | Pet Expense | -8.50 |
| 03/16/2015 | Check | 1486 | Dept of Health | Pet Expense | -2.00 |
| | | | | **Pet Expense Total** | **-10.50** |
| 03/06/2015 | Check | 1485 | Marila Cabanillas | Repairs & Maintenance | -700.00 |
| | | | | **Repairs & Maintenance Total** | **-700.00** |
| 03/13/2015 | Deposit | | | Transfer from 3270 | 20,000.00 |
| | | | | **Transfer from 3270 Total** | **20,000.00** |
| 03/02/2015 | Expense | | NYC Taxi | Travel & Entertainment | -7.56 |
| 03/02/2015 | Expense | | Nyc Taxi D | Travel & Entertainment | -6.95 |
| 03/02/2015 | Expense | | Nyc Taxi T | Travel & Entertainment | -6.35 |

| 03/06/2015 | Expense | Nyc Taxi M | Travel & Entertainment | -6.96 |
| 03/09/2015 | Expense | Uber | Travel & Entertainment | -5.50 |
| 03/11/2015 | Expense | Uber | Travel & Entertainment | -30.75 |
| 03/16/2015 | Expense | Nyc Taxi C | Travel & Entertainment | -9.35 |
| 03/16/2015 | Expense | Dial7CS Car | Travel & Entertainment | -91.60 |
| 03/16/2015 | Expense | Nyc Taxi D | Travel & Entertainment | -8.15 |
| | | | **Travel & Entertainment Total** | -173.17 |

Citi
March 2015 Activity

| Date | Transaction Type | Name | Split | Amount |
|------|------------------|------|-------|--------|
| 03/03/2015 | Expense | Mail Chimp | Advertising | 75.00 |
| | | | **Advertising Total** | 75.00 |
| 03/12/2015 | Expense | | Bank Charges | 193.23 |
| 03/12/2015 | Expense | | Bank Charges | 2.60 |
| | | | **Bank Charges Total** | 195.83 |
| 03/01/2015 | Expense | Netflix | Child Expense | 7.99 |
| 03/10/2015 | Expense | | Child Expense | 10.09 |
| | | | **Child Expense Total** | 18.08 |
| 03/14/2015 | Credit Card Credit | | Transfer from 3270 | -14,050.53 |
| | | | **Transfer from 3270 Total** | -14,050.53 |
| 03/05/2015 | Expense | | Food, Clothing, Hygiene | 4.30 |
| 03/05/2015 | Expense | | Food, Clothing, Hygiene | 7.13 |
| 03/31/2015 | Expense | Farinella | Food, Clothing, Hygiene | 17.85 |
| 03/02/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 52.63 |
| 03/02/2015 | Expense | Lex Grocery | Food, Clothing, Hygiene | 7.98 |
| 03/03/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 54.40 |
| 03/10/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 133.88 |
| 03/11/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 123.31 |
| 03/18/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 34.13 |
| 03/31/2015 | Expense | Food Emporium | Food, Clothing, Hygiene | 473.88 |
| 03/01/2015 | Expense | Le Pain Quotidien | Food, Clothing, Hygiene | 38.50 |
| 03/01/2015 | Expense | Le Pain Quotidien | Food, Clothing, Hygiene | 9.23 |
| 03/04/2015 | Expense | | Food, Clothing, Hygiene | 169.72 |
| 03/09/2015 | Expense | Lilli Loo Restaurant | Food, Clothing, Hygiene | 68.62 |
| 03/12/2015 | Expense | Green Gourmet | Food, Clothing, Hygiene | 33.77 |
| 03/12/2015 | Expense | Green Symphony | Food, Clothing, Hygiene | 51.70 |
| 03/12/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 4.42 |
| 03/18/2015 | Expense | Starbucks | Food, Clothing, Hygiene | 14.92 |
| 03/19/2015 | Expense | Green Gourmet | Food, Clothing, Hygiene | 20.32 |
| 03/29/2015 | Expense | Trend Diner | Food, Clothing, Hygiene | 50.71 |
| 03/04/2015 | Expense | Duane Reade | Food, Clothing, Hygiene | 28.80 |
| 03/06/2015 | Expense | Duane Reade | Food, Clothing, Hygiene | 11.38 |
| 03/09/2015 | Expense | Spa Boutique | Food, Clothing, Hygiene | 77.50 |
| 03/18/2015 | Expense | Duane Reade | Food, Clothing, Hygiene | 19.58 |
| 03/31/2015 | Expense | Frederic Fekkai & Co | Food, Clothing, Hygiene | 62.70 |
| 03/21/2015 | Expense | Malisanaa Ordinary Par | Food, Clothing, Hygiene | 1,482.49 |
| 03/21/2015 | Expense | Malisanaa Ordinary Par | Food, Clothing, Hygiene | 230.92 |
| | | | **Food, Clothing, Hygiene Total** | 3,284.77 |
| 03/05/2015 | Expense | | Household Expenses | 54.13 |
| 03/10/2015 | Expense | Amazon | Household Expenses | 66.35 |
| 03/10/2015 | Expense | Amazon | Household Expenses | 58.90 |
| 03/11/2015 | Expense | Amazon | Household Expenses | 39.75 |
| 03/11/2015 | Expense | Amazon | Household Expenses | 48.28 |
| 03/12/2015 | Expense | Amazon | Household Expenses | 96.12 |
| 03/20/2015 | Credit Card Credit | Amazon MktPlace Pmts | Household Expenses | -39.75 |
| 03/20/2015 | Expense | Total Protection | Household Expenses | 54.14 |
| | | | **Household Expenses Total** | 377.92 |
| 03/05/2015 | Expense | | Medical Expenses | 70.00 |
| 03/05/2015 | Expense | | Medical Expenses | 60.00 |
| 03/05/2015 | Expense | Pasteur Pharmacy | Medical Expenses | 60.00 |
| 03/09/2015 | Expense | Greens Pharmacy | Medical Expenses | 20.99 |
| 03/11/2015 | Expense | Pasteur Pharmacy | Medical Expenses | 10.21 |
| 03/12/2015 | Expense | Pasteur Pharmacy | Medical Expenses | 80.00 |
| 03/12/2015 | Expense | Zitomer Pharmacy | Medical Expenses | 1.49 |
| | | | **Medical Expenses Total** | 302.69 |
| 03/09/2015 | Expense | Equinox | Membership Fees | 190.00 |
| 03/23/2015 | Expense | Equinox | Membership Fees | 195.00 |

| | | | | |
|---|---|---|---|---:|
| | | | **Membership Fees Total** | 385.00 |
| 03/06/2015 | Expense | USPS | Office Supplies & Expenses | 128.00 |
| 03/08/2015 | Expense | Legalzoom Advantage Pl | Office Supplies & Expenses | 29.99 |
| 03/12/2015 | Expense | Apple | Office Supplies & Expenses | 87.05 |
| 03/18/2015 | Expense | Staples | Office Supplies & Expenses | 8.48 |
| | | | **Office Supplies & Expenses Total** | 253.52 |
| 03/10/2015 | Expense | Home Again | Pet Expense | 17.99 |
| 03/31/2015 | Expense | Home Again | Pet Expense | 17.99 |
| | | | **Pet Expense Total** | 35.98 |
| 03/12/2015 | Expense | Vanderbilt Apprais. | Professional Fees | 200.00 |
| 03/15/2015 | Expense | Solidifi US Appraisals | Professional Fees | 135.00 |
| | | | **Professional Fees Total** | 335.00 |
| 03/23/2015 | Expense | AT&T | Telephone | 280.62 |
| | | | **Telephone Total** | 280.62 |
| 03/02/2015 | Expense | NYC Taxi | Travel & Entertainment | 9.36 |
| 03/02/2015 | Expense | NYC Taxi CCRMT | Travel & Entertainment | 6.96 |
| 03/03/2015 | Expense | NYC Taxi | Travel & Entertainment | 12.95 |
| 03/04/2015 | Expense | NYC Taxi | Travel & Entertainment | 7.56 |
| 03/05/2015 | Expense | NYC Taxi | Travel & Entertainment | 11.00 |
| 03/09/2015 | Expense | NYC Taxi | Travel & Entertainment | 11.75 |
| 03/09/2015 | Expense | | Travel & Entertainment | 44.30 |
| 03/10/2015 | Expense | Nyc Taxi D | Travel & Entertainment | 9.36 |
| 03/12/2015 | Expense | Nyc Taxi T | Travel & Entertainment | 8.75 |
| 03/12/2015 | Expense | NYC Taxi | Travel & Entertainment | 19.56 |
| 03/12/2015 | Expense | NYC Taxi | Travel & Entertainment | 15.36 |
| 03/29/2015 | Expense | Dial7cs Car | Travel & Entertainment | 71.90 |
| 03/31/2015 | Expense | NYC Taxi | Travel & Entertainment | 8.76 |
| 03/31/2015 | Expense | NYC Taxi | Travel & Entertainment | 6.36 |
| 03/03/2015 | Expense | Delta | Travel & Entertainment | 508.20 |
| 03/29/2015 | Expense | Phuket Center | Travel & Entertainment | 20.10 |
| | | | **Travel & Entertainment Total** | 772.23 |
| 03/11/2015 | Expense | Time Warner | Utilities | 561.12 |
| | | | **Utilities Total** | 561.12 |

10-16132-scc    Doc 584    Filed 05/06/15    Entered 05/06/15 17:29:58    Main Document
Pg 23 of 23

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 10-16132 | | | Trustee Name: IAN J. GAZES (CHAPTER 11 TRUSTEE) |
| Case Name: SONJA TREMONT-MORGAN | | | Bank Name: EmpireNationalBank |
| | | | Account Number/CD#: XXXXXX3270 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX7646 | | | Blanket Bond (per case limit): |
| For Period Ending: 04/20/2015 | | | Separate Bond (if applicable): $8,100,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | YIP | PER COURT ORDER        ($31.90) 01/28/15 | 3420    -00 | | | |
| 02/13/15 | 1164 | CONSOLIDATED EDISON JAFF STATIONPO BOX 1702NEW YORK, NY 10116-1702 | ACT#42-6127-0585-0004-9 12/11/14 STAM LLC. 162 E. 63RD STREET | 6950-00 | | $1,089.12 | $386,874.30 |
| 02/26/15 | 1165 | CONSOLIDATED EDISON JAFF STATIONPO BOX 1702NEW YORK, NY 10116-1702 | ACT#42-6127-0585-0004-9 02/11/15 STAM LLC. 162 E. 63RD STREET | 6950-00 | | $1,454.07 | $385,420.23 |
| 02/26/15 | 1166 | PARISH OIL CO., INC. PO BOX 336MONTROSE, COLORADO 81402 | | 0000-00 | | $1,953.78 | $383,466.45 |
| 02/27/15 | 1167 | PLACE FOR ACHIEVING TOTAL HEALTH MEDICAL, PC304 PARK AVANUE SOUTH, 6TH FLOORNEW YORK, NEW YORK 10010-4312 | 09/22/14 | 6950-00 | | $190.00 | $383,276.45 |
| 03/02/15 | | Empire National Bank | BANK SERVICE FEE | 2600-00 | | $676.41 | $382,600.04 |
| 03/11/15 | 1168 | CITI CARDS PROCESSING CENTERDES MOINES, IA 50363-0005 | VALERIE BERGSTEIN CARD ENDING-6397 1/14/15-02/12/15 | 6950-00 | | $14,050.53 | $368,549.51 |
| 03/11/15 | 1169 | TREMONT-MORGAN, SONJA 162 EAST 63RD STREETNEW YORK, NY  10065 | REPLENISHMENT FUND | 6950-00 | | $20,000.00 | $348,549.51 |
| 03/11/15 | 1170 | OTIS ELEVATOR COMPANY 1 FARM SPRINGS RD.FARMINGTON, CT 06032 | CUST.#655677  01/20/15 | 6990-00 | | $2,798.79 | $345,750.72 |
| 04/01/15 | 1171 | CONSOLIDATED EDISON JAFF STATIONPO BOX 1702NEW YORK, NY 10116-1702 | ACT#42-6127-0585-0004-9 03/13/15 STAM LLC. 162 E. 63RD STREET | 6950-00 | | $1,424.04 | $344,326.68 |
| 04/01/15 | 1172 | PALLANTE PLUMBING & HEATING LLC P.O.BOX 209PLACERVILLE, COLO 81430 | IV#17207  12/22/14 | 6990-00 | | $975.00 | $343,351.68 |
| 04/01/15 | 1173 | HUGHES HUBBARD & REED LLP, One Battery Park PlazaNew York, NY 10004-1482ATTN:Kathryn Coleman |Partner | PER COURT ORDER 03/31/15 | 3210-00 | | $5,000.00 | $338,351.68 |
| | | | Page Subtotals: | | $0.00 | $49,611.74 | |