UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                              Chapter 11

SONJA TREMONT-MORGAN, et al.,                       Case No. 10-16132-SCC

                                   Debtors.            Substantively Consolidated
---------------------------------------------------------x

### STIPULATION AND ORDER FURTHER EXTENDING TIME
### FOR PLAN TO GO EFFECTIVE

WHEREAS, the Court previously entered an Order on February 2, 2015 confirming the Debtors' Unified Chapter 11 Plan of Reorganization as modified (ECF #520) (the "Confirmation Order"); and

WHEREAS, the Confirmation Order, *inter* alia, set March 6, 2015 as the end date for the conditions of Scenario One to occur (the "Deadline"), subject to further extension "by agreement of the parties or by further Order of this Court upon good cause shown"; and

WHEREAS, the Deadline was previously extended by So Ordered Stipulations entered on March 5, 2015, March 19, 2015 and March 30, 2015, and Orders dated March 31, 2015, April 20, 2015, and April 27, 2015, and currently expires on May 8, 2015; and

WHEREAS, the parties continue to work together toward meeting the conditions for Scenario One;

NOW, THEREFORE, it is hereby Stipulated and Agreed by and between the undersigned counsel as follows:

1.      The Deadline be, and the same hereby is extended to May 15, 2015, without prejudice to and with full reservation of the Debtors' right to seek another extension by stipulation or by motion.

1

2. This Stipulation may be signed in counterparts, each of which, taken together, shall be one and the same document. Signatures delivered by facsimile or e-mail shall be acceptable and deemed binding as if originals.

Dated: New York, New York
      May 7, 2015

| | |
|---|---|
| Greenberg Traurig, LLP<br>*Attorneys for Hannibal Pictures, Inc.*<br>200 Park Avenue<br>New York, NY 10166<br>Tel: 212-801-2137 | Goldberg Weprin Finkel Goldstein LLP<br>*Attorneys for Debtors*<br>1501 Broadway, 22nd Floor<br>New York, NY 10036<br>Tel: 212-221-5700 |
| By: /s/ Nathan A. Haynes, Esq. | By: /s/ Kevin J. Nash, Esq. |
| Hinshaw and Culbertson LLP<br>*Attorneys for Colorado Lender*<br>800 Third Avenue, 13th Floor<br>New York, NY 10022<br>Tel: 212-471-6209 | Gazes LLC<br>*Attorneys for Chapter 11 Trustee*<br>151 Hudson Street<br>New York, NY 10013<br>Tel: 212-765-9000 |
| By: /s/ Alan Kaufman, Esq. | By: /s/ Ian K. Gazes, Esq |

So Ordered this 8th day of May, 2015

/S/ Shelley C. Chapman
Hon. Shelley C. Chapman