**Hearing Date: May 15, 2015 at 10:00 a.m.**

**GAZES LLC**
151 Hudson Street
New York, New York 10013
(212) 765-9000
Ian J. Gazes, Esq.
David Dinoso, Esq.
*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                              :
                                                   :     Chapter 11
SONJA TREMONT-MORGAN, *et al.*[1],                 :
                                                   :     Case No. 10-16132 (SCC)
                                                   :
              Debtors.                             :     (Substantively Consolidated)
                                                   :
-------------------------------------------------------x

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE**, that a Status Conference regarding the above-captioned case will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Room 623 of the United States Bankruptcy Court, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on May 15, 2015 at 10:00 a.m.

Dated:  New York, New York                         GAZES LLC
        May 12, 2015

                                                   By:/s/ Ian J. Gazes_____
                                                       Ian J. Gazes
                                                       151 Hudson Street
                                                       New York, New York 10013
                                                       (212) 765-9000

---

[1] The cases of debtors Sonia Tremont-Morgan (Case No. 10-16132-scc) and STAM LLC (11-10090-scc) were substantively consolidated by order of the Court dated June 15, 2011. Thereafter, the Court entered an order May 9, 2014, directing that the case of debtor Civil Building Company STAM (Case No. 12-11829-scc) be substantively consolidated with the aforementioned cases.